# SUMMONS

# ATTACHMENT A

**SUMMONS**

**Attachment A**

| Doe # | Infringing Site | Email Address(es) for Infringing Site |
|---|---|---|
| 1 | btestbanks.com | mailerbtestbanks@gmail.com |
| 2 | cmz91.com | 965074539@qq.com |
| 2 | cmz91.com | a965074539@163.com |
| 3 | digitalmarket.shop | translationagencies2020@gmail.com |
| 4 | fulltestbank.com | abdallahtayseer122@gmail.com |
| 4 | fulltestbank.com | fulltestbank@gmail.com |
| 5 | gradexam.com | help.gradexam@gmail.com |
| 5 | gradexam.com | help.gradexam@gmail.com |
| 6 | livetestbank.com | lquai740@gmail.com |
| 6 | livetestbank.com | support@Livetestbank.com |
| 6 | livetestbank.com | testbankone123@gmail.com |
| 7 | manual-solutions.com | ftbouaich@gmail.com |
| 7 | manual-solutions.com | request.testbank@gmail.com |
| 7 | manual-solutions.com | request.testbank@gmail.com |
| 8 | mynursingtestprep.com | nursingexamprep22@gmail.com |
| 9 | myshop.4studentbook.com | 4StudentBook@Gmail.com |
| 9 | myshop.4studentbook.com | m1alghoul@gmail.com |
| 10 | nafassy.com | contact@nafassy.com |
| 10 | nafassy.com | contact@nafassy.com |
| 11 | nursematerials.com | 4c3d780c4b69477685b8fe2278af0034.protect@withheldforprivacy.com |
| 12 | nursestest.com | info@nursestest.com |
| 12 | nursestest.com | marabuzaid988@gmail.com |
| 12 | nursestest.com | payment@nursestest.com |
| 13 | nursingdoc.com | admin@nursingdoc.com |
| 13 | nursingdoc.com | damo916@live.fr |
| 14 | nursingmastery.io | testbankfinder@pm.me |
| 15 | nursylab.com | sales@nursylab.com |
| 15 | nursylab.com | support@nursylab.com |
| 16 | primexam.com | industrialist.bloom@gmail.com |
| 16 | primexam.com | nurse.primexam@gmail.com |
| 17 | selldocshero.com | hamza_stu023@yahoo.com |
| 17 | selldocshero.com | selldocshero@gmail.com |
| 17 | selldocshero.com | ttmcqs@gmail.com |
| 17 | selldocshero.com | zafar7183@gmail.com |
| 18 | slystudent.com | INFO@SLYSTUDENT.COM |
| 18 | slystudent.com | slystudent2022@gmail.com |
| 19 | solutionmanual.store/solutionmanual.site | admin@solutionmanual.site |
| 19 | solutionmanual.store/solutionmanual.site | smtb98@gmail.com |
| 19 | solutionmanual.store/solutionmanual.site | solution9159@gmail.com |
| 20 | solutions-study321.com | academic.resources569@outlook.com |
| 21 | solutionstobooks.com | admin@solutionstobooks.com |
| 21 | solutionstobooks.com | sales@solutionstobooks.com |
| 21 | solutionstobooks.com | students.resources489@outlook.com |
| 21 | solutionstobooks.com | support@solutionstobooks.com |
| 22 | studentmagic.indiemade.com | industrialist.bloom@gmail.com |
| 22 | studentmagic.indiemade.com | orders@indiemade.com |
| 23 | taketestbank.com | support@taketestbank.com |
| 23 | taketestbank.com | testbanksolution942@gmail.com |
| 24 | tb4class.com | hi@advertpacific.com |
| 24 | tb4class.com | info@tb4class.com |
| 24 | tb4class.com | zeeshokhan956@gmail.com |
| 25 | testbankall.com | testbankone123@gmail.com |
| 25 | testbankall.com | testbankone123@gmail.com |
| 26 | testbankans.com | danieljonesteam@hotmail.com |
| 26 | testbankans.com | sales@testbankans.com |
| 26 | testbankans.com | sales@testbankans.com |
| 26 | testbankans.com | testbankfinder2018@gmail.com |

**SUMMONS**

**Attachment A**

| 27 | testbankaplus.com | DanielMillerService2021@gmail.com |
|----|-------------------|-----------------------------------|
| 27 | testbankaplus.com | kellytestbank@gmail.com |
| 27 | testbankaplus.com | sales@testbankaplus.com |
| 28 | testbankbook.com | order@testbankwin.com |
| 28 | testbankbook.com | support@testbankbook.com |
| 29 | testbankone.com | support@testbankone.com |
| 30 | testbanks4u.com | hi@AdvertPacific.com |
| 30 | testbanks4u.com | info@testbanks4u.com |
| 31 | testbanksafe.com | inquiry@testbanksafe.com |
| 31 | testbanksafe.com | testbanksolution127@gmail.com |
| 32 | testbankshop.cc | support@testbankshop.cc |
| 33 | testbanktrust.com | Support@testbanktrust.com |
| 33 | testbanktrust.com | testbanksolution127@gmail.com |
| 34 | testbankzone.net | testbankzone2020@gmail.com |
| 35 | tex-cetera.ws | admin@tex-cetera.ws |
| 35 | tex-cetera.ws | support@tex-cetera.ws |