## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCGRAW HILL LLC, BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., ELSEVIER INC., ELSEVIER B.V., MACMILLAN HOLDINGS, LLC, and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 35 d/b/a BTESTBANKS.COM, CMZ91.COM, DIGITALMARKET.SHOP, FULLTESTBANK.COM, GRADEXAM.COM, LIVETESTBANK.COM, MANUAL-SOLUTIONS.COM, MYNURSINGTESTPREP.COM, MYSHOP.4STUDENTBOOK.COM, NAFASSY.COM, NURSEMATERIALS.COM, NURSESTEST.COM, NURSINGDOC.COM, NURSINGMASTERY.IO, NURSYLAB.COM, PRIMEXAM.COM, SELLDOCSHERO.COM, SLYSTUDENT.COM, SOLUTIONMANUAL.STORE, SOLUTIONMANUAL.SITE, SOLUTIONS-STUDY321.COM, SOLUTIONSTOBOOKS.COM, STUDENTMAGIC.INDIEMADE.COM, TAKETESTBANK.COM, TB4CLASS.COM, TESTBANKALL.COM, TESTBANKANS.COM, TESTBANKAPLUS.COM, TESTBANKBOOK.COM, TESTBANKONE.COM, TESTBANKS4U.COM, TESTBANKSAFE.COM, TESTBANKSHOP.CC, TESTBANKTRUST.COM, TESTBANKZONE.NET, and TEX-CETERA.WS, <br><br> Defendants. | Civil Action No. 23-cv-02798 <br><br> [~~PROPOSED~~] PRELIMINARY INJUNCTION  LLS <br><br>  USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: <br> DATE FILED: 5/2/23 |

McGraw Hill LLC ("McGraw Hill"), Bedford, Freeman & Worth Publishing Group, LLC

d/b/a Macmillan Learning ("Macmillan Learning"), Cengage Learning, Inc. ("Cengage"), Elsevier

Inc. ("Elsevier"), and Pearson Education, Inc. ("Pearson") (collectively, the "Publishers") and

Elsevier B.V. and Macmillan Holdings, LLC ("Macmillan Holdings") (collectively, with the Publishers, "Plaintiffs") have moved for a Preliminary Injunction against Defendants Does 1 – 35 (collectively, "Defendants") doing business as, respectively, btestbanks.com, cmz91.com, digitalmarket.shop, fulltestbank.com, gradexam.com, livetestbank.com, manual-solutions.com, mynursingtestprep.com, myshop.4studentbook.com, nafassy.com, nursematerials.com, nursestest.com, nursingdoc.com, nursingmastery.io, nursylab.com, primexam.com, selldocshero.com, slystudent.com, solutionmanual.store, solutionmanual.site, solutions-study321.com, solutionstobooks.com, studentmagic.indiemade.com, taketestbank.com, tb4class.com, testbankall.com, testbankans.com, testbankaplus.com, testbankbook.com, testbankone.com, testbanks4u.com, testbanksafe.com, testbankshop.cc, testbanktrust.com, testbankzone.net, and tex-cetera.ws, and those additional, currently known websites owned and/or operated by Defendants identified on **Appendix A** hereto (the "Infringing Sites"), and under the currently known names, aliases, and email addresses identified on **Appendix A**. Plaintiffs so move the Court on the basis that Defendants are reproducing, distributing, and selling unauthorized digital copies of the Publishers' test banks, instructor solutions manuals ("ISMs"), and/or textbooks ("Infringing Works"), in which the Publishers own or exclusively control the federally registered copyrights. Plaintiffs further so move the Court on the basis that, in connection with the advertising and sale of Infringing Works, certain Defendants are using in commerce unauthorized, identical (or substantially indistinguishable) copies of Cengage's, Elsevier B.V.'s, Macmillan Holdings', McGraw Hill's, and Pearson's (collectively, the "Trademark Plaintiffs") federally registered trademarks and/or service marks (the "Marks").

The Court, having reviewed the Complaint, the Memorandum of Law in Support of Plaintiffs' Application for a Temporary Restraining Order, Expedited Discovery Order, Order

Authorizing Alternate Service, and Order to Show Cause for Preliminary Injunction (the "Application"), the declarations filed in support of the Application, the Declaration of Michele Murphy filed in support of the Preliminary Injunction, and the entire record herein, makes the following findings of fact and conclusions of law:

1. Plaintiffs have served Defendants with the Complaint and the exhibits thereto, the Court's April 4, 2023 *Ex Parte* Order ("the *Ex Parte* Order") granting the Application, and the other papers filed in this case, as set forth in the Declaration of Service of Process filed by Plaintiffs.

2. The Court has personal jurisdiction over Defendants under N.Y. C.P.L.R. § 302(a), including on the grounds that Defendants own, operate, and/or control highly interactive websites that are continuously accessible to and target, sell, and/or deliver goods to consumers in New York, have sold copies of the Publishers' test banks, ISMs, and/or textbooks to New York consumers, and/or have injured Plaintiffs in New York through the operation of the Infringing Sites.

3. Plaintiffs are likely to succeed in showing that Defendants have infringed and are continuing to infringe the Publishers' copyrights in connection with Defendants' reproduction, distribution, and/or sale of Infringing Works, including via the Infringing Sites. Plaintiffs are also likely to succeed in showing that Defendants have infringed and are continuing to infringe the Marks in connection with Defendants' distribution, sale, and/or offering for sale of unauthorized copies of Infringing Works.

4. The reproduction, distribution, and sale of Infringing Works, and the infringing use of reproductions of the Marks in connection therewith, will result in immediate and irreparable injury to Plaintiffs if the requested relief is not granted.

5. The balance of potential harm to Defendants, if any, by being prevented from

continuing to profit from infringing activities if a Preliminary Injunction is issued is far outweighed by the harm to Plaintiffs, their businesses, and the value associated with the Publishers' copyrights and the Trademark Plaintiffs' Marks if a Preliminary Injunction is not issued.

6. Public interest favors issuance of a Preliminary Injunction in order to protect Plaintiffs' interests in their intellectual property rights and to protect the public from the harm caused by Defendants' activity at issue in this case, which encourages and facilitates academic cheating.

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), the Lanham Act (15 U.S.C. § 1116, N.Y. C.P.L.R. §§ 6201 *et al.*, and the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, that:

1. Defendants, their officers, agents, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Preliminary Injunction, are enjoined from:

   a) Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of the Publishers ("Publishers' Copyrighted Works");

   b) Directly or indirectly infringing any trademark to which any of the Trademark Plaintiffs are the registrants under 15 U.S.C. § under 15 U.S.C. § 1127 ("Trademark Plaintiffs' Marks);

   c) Copying, reproducing, manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, promoting, or otherwise exploiting any of the Publishers' Copyrighted

4

Works without the Publishers' express written permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

d) Copying, reproducing, using in connection with manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, or promoting goods or services, or otherwise using in commerce, the Trademark Plaintiffs' Marks without the Trademark Plaintiffs' express written permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

e) Creating, operating, maintaining, or hosting the Infringing Sites or other websites operated by Defendants that infringe the Publishers' Copyrighted Works or Trademark Plaintiffs' Marks;

f) Operating, maintaining, registering, providing, or using any computer server, domain name, domain name server, cloud storage service, e-commerce platform, online advertising service, social media platform, proxy service (including reverse and forwarding proxies), website optimization service (including website traffic management), caching service, content delivery network, or payment processing or other financial service to, for, or in connection with the Infringing Sites or other websites operated by Defendants that infringe the Publishers' Copyrighted Works or the Trademark Plaintiffs' Marks; or providing other similar services to support the Infringing Sites or other websites operated by Defendants that

infringe the Publishers' Copyrighted Works or the Trademark Plaintiffs' Marks;

g) Transferring ownership or control of the websites, domain names, or accounts associated with the Infringing Sites or other websites operated by Defendants that infringe the Publishers' Copyrighted Works or the Trademark Plaintiffs' Marks; and

h) Displaying in online search results, or providing links to, the Infringing Sites, other websites operated by Defendants that infringe the Publishers' Copyrighted Works or the Trademark Plaintiffs' Marks, or infringing products offered on such websites.

2. Defendants, their officers, agents, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Preliminary Injunction, and service providers to Defendants or other non-parties who receive actual notice of this Preliminary Injunction and operate or control accounts holding or receiving money or other assets owned by, related to, connected to, associated with, held by, or transferred in connection with Defendants' Infringing Sites or Defendants' sale of Publishers' Copyrighted Works ("Defendants' Accounts"), must immediately locate all of Defendants' Accounts and immediately cease transferring, withdrawing, or otherwise disposing of any money or other assets in Defendants' Accounts or allowing such money or other assets in Defendants' Accounts to be transferred, withdrawn, or otherwise disposed of. Defendants' Accounts include, but are not limited to: (i) Defendants' Accounts with providers of payment processing services ("Payment Processors"), such as PayPal and Stripe; and (ii) Defendants' Accounts with banks, savings and loan associations, credit card processing agencies, merchant acquiring banks, cryptocurrency

exchanges, and other companies that engage in the processing or transfer of money and/or other assets ("Financial Institutions"), including but not limited to those accounts listed on **Appendix B** hereto.

IT IS FURTHER ORDERED that Defendants shall preserve copies of all computer files relating to any of the Infringing Sites or Defendants' sale of the Publishers' Copyrighted Works or use of the Trademark Plaintiffs' Marks and shall take all steps necessary to retrieve such computer files that may have been deleted before the entry of this Order.

IT IS FURTHER ORDERED that the Expedited Discovery Order and the Order Authorizing Alternate Service contained in the *Ex Parte* Order shall remain in effect until further order of the Court.

IT IS FURTHER ORDERED that this Preliminary Injunction shall no longer apply to any Defendant dismissed from this action.

It is SO ORDERED this **2d** day of May, 2023.

                                                    *Louis L. Stanton*
                                                    Louis L. Stanton
                                         UNITED STATES DISTRICT JUDGE

# PRELIMINARY INJUNCTION

McGraw Hill LLC et al.
v.
Does 1-35 d/b/a btestbanks.com, et al.,
Civil Action No. 23-cv-02798-LLS (S.D.N.Y.)

# AMENDED APPENDIX A

Amended Appendix A

| Doc | Defendant d/b/a - Infringing Site | Additional Infringing Site | Email Address | Name/Alias | Business Name |
|---|---|---|---|---|---|
| 1 | btestbanks.com | | agio@bassaba.com | Ashton Gio | btestbanks.com |
| 1 | btestbanks.com | | allanmikasss@gmail.com | Ahton Gior | |
| 1 | btestbanks.com | | ashtongio@protonmail.com | Ashton Gio | |
| 1 | btestbanks.com | | ashtongiob@gmail.com | Ahton Gior | BBank Inc d/b/a btestbanks.com |
| 1 | btestbanks.com | btestbanhghgks.com | ashtongiob@gmail.com | Ahton Gior | www.btestbanks.com |
| 1 | btestbanks.com | | btestbanks95@gmail.com | Ahton Gior | |
| 1 | btestbanks.com | | georgegio@live.com | Aston Gior | Reyansh |
| 1 | btestbanks.com | | ggiorgad@email.essex.edu | Aston Gior | Reyansh |
| 1 | btestbanks.com | | gioa@kean.edu | Aston Gior | Reyansh |
| 1 | btestbanks.com | | gioa@kean.edu | Ashton Gio | Mastongue d/b/a WWW.BTESTBANKS.COM |
| 1 | btestbanks.com | | mailerbtestbanks@gmail.com | | B TestBanks Inc. |
| 1 | btestbanks.com | prepthenurse.com | ashtongiob@gmail.com | Ashton Gio | Prep the Nurse |
| 1 | btestbanks.com | | mailerbtestbanks@gmail.com | | B Test Banks Mailer |
| 2 | cmz91.com | | 965074539@qq.com | 明臧 陈 (Ming Zang Chen) | |
| 2 | cmz91.com | | 965074539@qq.com | PAYPAL *EBOOKSELLER* | |
| 2 | cmz91.com | | a965074539@163.com | | |
| 3 | digitalmarket.shop | | bmwdevin21@gmail.com | Devin Velez | DigitalMarket |
| 3 | digitalmarket.shop | TheDigitalmarket.shop | etestbanks1@gmail.com | Alecia Trammer | Alecia Trammer |
| 3 | digitalmarket.shop | | info@digitalmarketgroup.net | Tami Riley | DIGITALMARKET.SHOP |
| 3 | digitalmarket.shop | | pinki42678kumari@gmail.com | Alecia Trammer | Alecia Trammer |
| 3 | digitalmarket.shop | | realahmed8@hotmail.com | | Digital Market Group |
| 3 | digitalmarket.shop | | translationagencies2020@gmail.com | Alecia Trammer | Alecia Trammer |
| 3 | digitalmarket.shop | | translationagencies2020@gmail.com | | Digital Market Shop |
| 3 | digitalmarket.shop | | translationagencies2020@gmail.com | | Digital Market Group |
| 4 | fulltestbank.com | | abdallahtayseer122@gmail.com | Abdallah Tayseer | Proseo service |
| 4 | fulltestbank.com | | abdallahtayseer122@gmail.com | PAYPAL *PROSEOSERVI* | |
| 4 | fulltestbank.com | | fulltestbank@gmail.com | | Full Test bank Store |
| 4 | fulltestbank.com | | fulltestbank@gmail.com | Abood Hamdan | Full Test Bank |
| 4 | fulltestbank.com | | hamdan.mohammad17@gmail.com | | Full Test Bank |
| 4 | fulltestbank.com | | testbankrequests@gmail.com | Mohammad Hamdan | |
| 5 | gradexam.com | | help.gradexam@gmail.com | Heydar Abdullayev | GRADEXAM |
| 5 | gradexam.com | | help.primesolutions@gmail.com | | Grade Exam |
| 5 | gradexam.com | | vladyslav.dibrova@gmail.com | Vladyslav Dibrova | Gradexam b/b/a digitone |
| 6 | livetestbank.com | | lquai740@gmail.com | PHUONG VIET NGO | Testbank-SM |
| 6 | livetestbank.com | | lquai740@gmail.com | PAYPAL *TESTBANK SM* | TestBank-SM |
| 6 | livetestbank.com | | lquai740@gmail.com | La Quai | |
| 6 | livetestbank.com | | lquai7401@addmot.com | La Quai | |
| 6 | livetestbank.com | | support@Livetestbank.com | | |
| 6 | livetestbank.com | | testbankone123@gmail.com | Tien Do | Livetestbank.com |
| 6 | livetestbank.com | goodtestbank.com | Casighwhite@gmail.com | Quan Dinh | |
| 6 | livetestbank.com | testbankbook.com | Casighwhite@gmail.com | Quan Dinh | |
| 6 | livetestbank.com | testbankbox.com | Casighwhite@gmail.com | Quan Dinh | |
| 6 | livetestbank.com | testbandhd.com | Casighwhite@gmail.com | Quan Dinh | |
| 6 | livetestbank.com | mrtestbank.com | Casighwhite@gmail.com | Quan Dinh | |
| 6 | livetestbank.com | | testbankrush.com@gmail.com | Tien Do | |
| 7 | manual-solutions.com | | annnis720@gmail.com | ANIS EZZAQUANY | |
| 7 | manual-solutions.com | | ftbouaich@gmail.com | Fatima Bouaich | Fatima Bouaich |
| 7 | manual-solutions.com | | Issam360@protonmail.com | Issam Naim | |
| 7 | manual-solutions.com | | kitabain4sale@gmail.com | Eeman Maryam | |
| 7 | manual-solutions.com | | Krish-Neale@bigoffre.com | Fatima Bouuaich | Fatima Bouaich |
| 7 | manual-solutions.com | | meducool@gmail.com | Fatima Bouaich | Test Bank |
| 7 | manual-solutions.com | | meducool@gmail.com | Anis Ezzaquany | meducool |

Amended Appendix A

| # | Domain | Alt | Email | Name | Account |
|---|---|---|---|---|---|
| 7 | manual-solutions.com | | request.testbank@gmail.com | PAYPAL *FATMABOUAI* | TestBanks: Manual Solutions |
| 7 | manual-solutions.com | | request.testbank@gmail.com | | Test Bank |
| 7 | manual-solutions.com | | request.testbank@gmail.com | | Manual Solutions |
| 7 | manual-solutions.com | | saad011@mail.com | Saad Mounadi | |
| 7 | manual-solutions.com | | Sukhmani-Farrington@bigoffre.com | Fatima Bouuaich | Fatima Bouaich |
| 8 | mynursingtestprep.com | | agasinazaryan@yahoo.com | | Nursing Exam Prep |
| 8 | mynursingtestprep.com | | nursingexamprep22@gmail.com | | |
| 9 | myshop.4studentbook.com | | 4beststudent@gmail.com | Julie Bel | 4StudentBook |
| 9 | myshop.4studentbook.com | | 4studentbook@gmail.com | Safaa Radi | Sfaa Radi |
| 9 | myshop.4studentbook.com | | 4StudentBook@Gmail.com | | 4StudentBookStore |
| 9 | myshop.4studentbook.com | | 4studentbook@gmail.com | Julie Bel | 4StudentBook |
| 9 | myshop.4studentbook.com | | 4studentbook@gmail.com | Mariam | |
| 9 | myshop.4studentbook.com | | ashraf.eb@hotmail.com | Ashraf Al-Saqqa | ashrafzs |
| 9 | myshop.4studentbook.com | | belaljaser2019@gmail.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | juliebel20@outlook.com | Julie Bel | 4StudentBook |
| 9 | myshop.4studentbook.com | | JulieBel2017@gmail.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | juliebel2018@outlook.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | juliebel2020@outlook.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | Juliebel2021@gmail.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | m1alghoul@gmail.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | m1alghoul@gmail.com | PAYPAL *4STUDENTBOO* | 4StudentBookStore |
| 9 | myshop.4studentbook.com | | m1alghoul@gmail.com | Mariam | |
| 9 | myshop.4studentbook.com | | malghoul18@gmail.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | proj100@hotmail.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | proj20@hotmail.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | m.rofaida@hotmail.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 9 | myshop.4studentbook.com | | TestBanStore2020@gmail.com | MARIAM ALGHOUL | 4StudnetBookStore |
| 10 | nafassy.com | | contact@nafassy.com | | Nafassy |
| 10 | nafassy.com | | contact@nafassy.com | Krystal Cwalker | SmartHope |
| 10 | nafassy.com | | crownstorenow@outlook.com | Levi Finn | Levi Finn |
| 10 | nafassy.com | | milvras.store@gmail.com | Levi Finn | Levi Finn |
| 10 | nafassy.com | | toysbabesstore@outlook.com | Omar Ayyadi | SP TOYSBEBESTORE |
| 10 | nafassy.com | | worksuccessok@gmail.com | Omar Ayyadi | SMART HOPE LTD d/b/a Library NF |
| 10 | nafassy.com | | worksuccessok@gmail.com | Omar Ayyadi | tangerfes007 |
| 10 | nafassy.com | nafassy.net | contact@nafassy.net | | |
| 11 | nursematerials.com | | 4c3d780c4b69477685b8fe2278af0034.protect@withheldforprivacy.com | | |
| 11 | nursematerials.com | | adannueigrady@hotmail.com | Mari Odom | Odom |
| 11 | nursematerials.com | | forestiuecorns@hotmail.com | Mari Odom | Odom |
| 11 | nursematerials.com | | GregoryHathaway4124@yahoo.com | Mari Odom | Odom |
| 11 | nursematerials.com | | isaaesdwu06@gmail.com | Mary Guzman | SP * NURSEMATERIALS |
| 11 | nursematerials.com | | KeithOtero76@hotmail.com | Mari Odom | Odom |
| 11 | nursematerials.com | | lakitalzaguirre@gmail.com | Mari Odom | Odom |
| 11 | nursematerials.com | | obediahtsakalis4@gmail.com | Mari Odom | Odom |
| 11 | nursematerials.com | | powlowskileonila571@gmail.com | Mari Odom | Odom |
| 11 | nursematerials.com | | rosettegory@gmail.com | Mari Odom | Odom |
| 11 | nursematerials.com | | tarawlston18@outlook.com | Mari Odom | Odom |
| 11 | nursematerials.com | | williamfilio72@hotmail.com | Mari Odom | Odom |
| 12 | nursestest.com | | abuzaid.marwan88@gmail.com | Marwan Abu Zaid | maz88 |
| 12 | nursestest.com | | gamingdropshipstore@gmail.com | Marwan Abu Zaid | maz88 |
| 12 | nursestest.com | | info@nursestest.com | | Nurses Test |
| 12 | nursestest.com | | marabuzaid988@gmail.com | Marwan H A Abu Zaid | Alburg Marketing Services |
| 12 | nursestest.com | | marabuzaid988@gmail.com | PAYPAL *ALBURGMARKE NURSES TEST | Alburg Marketing Services |

Amended Appendix A

| 12 | nursestest.com | | marabuzaid988@gmail.com | Marwan Abuzaid | |
|---|---|---|---|---|---|
| 12 | nursestest.com | | mezz10101@gmail.com | Marwan Abuzaid | |
| 12 | nursestest.com | | payment@nursestest.com | PAYPAL *ALBURGMARKE NURSES TEST | |
| 12 | nursestest.com | | ppinvoices2020@gmail.com | Marwan H A Abu Zaid | Alburg Marketing Services |
| 12 | nursestest.com | | storedigi22@gmail.com | Marwan H A Abu Zaid | Alburg Marketing Services |
| 13 | nursingdoc.com | | A.brayden93@hotmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | admin@nursingdoc.com | Haidat Aicha | |
| 13 | nursingdoc.com | | admin@nursingdoc.com | | Nursing Doc |
| 13 | nursingdoc.com | | Alicia2oceguera@hotmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Cynthia.pelkey88@protonmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | damo916@live.fr | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | damo916@live.fr | PAYPAL *MUS FEED* | Mus feed |
| 13 | nursingdoc.com | | damo916@live.fr | Mstafa Idrissi | damo916 |
| 13 | nursingdoc.com | | Delia.toomey99@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Gemma01cortes@hotmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | greenlameasha980@gmail.com | Green Lameasha | KAMNATH LLC |
| 13 | nursingdoc.com | | Heeju01Kim@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | HoodJessica09@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | jedylaverit@outlook.com | Haidat Aicha | |
| 13 | nursingdoc.com | | Jessicasargent93@hotmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | joujouamira39@gmail.com | Haidat Aicha | |
| 13 | nursingdoc.com | | Julian.mor97@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Kelwalter@hotmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Kevin1bacon@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Kira1Cajigas@hotmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | L.Buono1478@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Leonardo0torres@hotmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | m.eldrissi73@gmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Moran0kane@hotmail.com | El Mustafa El Bouchini Idrissi | Mus feed |
| 13 | nursingdoc.com | | mryounessbensate@gmail.com | Youness Bensate | |
| 13 | nursingdoc.com | | mryounessbensate1@gmail.com | Youness Bensate | |
| 13 | nursingdoc.com | | musid73@gmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | musid73@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | musid73@yahoo.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | nick.tum96@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Paradedaly@gmail.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Rutaiba.al.S1995@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | S.elbouchini68@gmail.com | Youness Bensate | |
| 13 | nursingdoc.com | | Samira.choubakkya@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | samira.choubakkya@outlook.com | Haidat Aicha | |
| 13 | nursingdoc.com | | Sandygordon92@outlook.com | El Mustafa El Bouchini Idrissi | Mus feed |
| 13 | nursingdoc.com | | StephanieOmaharaj@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Terryreveees@outlook.com | Terry Reeves | Nursing Doc |
| 13 | nursingdoc.com | | terryreveees@outlook.com | Terry Reeves | nursingdoc.com |
| 13 | nursingdoc.com | | Timbo.L@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Wendy93abundes@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 13 | nursingdoc.com | | Zachary8taylor@outlook.com | El Mustafa El Bouchini-Idrissi | Mus feed |
| 14 | nursingmastery.io | | donnamadison@pm.me | Anthony Danisan | |
| 14 | nursingmastery.io | | lopezmaria89@yandex.com | Anthony Danisan | |
| 14 | nursingmastery.io | | nursingeducationPDF@pm.me | Anthony Danisan | |
| 14 | nursingmastery.io | | testbankfinder@pm.me | Anthony Danisan | |
| 15 | nursylab.com | | boubkerchemaa@yahoo.com | Boubker Chemaa | NURSYLAB |

Amended Appendix A

| 15 | nursylab.com | eddinecharaf32@gmail.com | Charaf Eddine | boxmito |
|---|---|---|---|---|
| 15 | nursylab.com | kresvero40@gmail.com | | Nursylab Inc |
| 15 | nursylab.com | kuphalegg89@gmail.com | Ada Hickman | |
| 15 | nursylab.com | marigarrie22@outlook.com | Ada Hickman | |
| 15 | nursylab.com | MollettGoolsby43@gmail.com | Ada Hickman | |
| 15 | nursylab.com | patriciagarri20@outlook.com | Ada Hickman | |
| 15 | nursylab.com | payments@nursylab.com | | Nursylab Inc |
| 15 | nursylab.com | rasheedakanne@gmail.com | Ada Hickman | |
| 15 | nursylab.com | ricardoallex74@hotmail.com | Ada Hickman | |
| 15 | nursylab.com | sales@nursylab.com | Ada Hickman | Nursylab Inc |
| 15 | nursylab.com | sales@nursylab.com | Karen Becon | |
| 15 | nursylab.com | support@nursylab.com | | Nursylab Inc |
| 15 | nursylab.com | wordpress@nursylab.com | | Nursylab Inc |
| 16 | primexam.com | industrialist.bloom@gmail.com | Oleksandr Bezverkhnii | Numerical Universe |
| 16 | primexam.com | ksenia.portianova1997@gmail.com | Kseniia Portianova | primexam |
| 16 | primexam.com | nurse.primexam@gmail.com | | Prime Exam |
| 16 | primexam.com | sasha.bezverhnijj@gmail.com | | Prime Exam |
| 17 | selldocshero.com | aamirsohaillofficiall@gmail.com | Aamir Sohail | |
| 17 | selldocshero.com | alejandra889fm@gmail.com | Omar Tain | |
| 17 | selldocshero.com | ap016677414@gmail.com | Omar Tain | |
| 17 | selldocshero.com | bigkev@laugh4apurpose.com | Kevin Reed | |
| 17 | selldocshero.com | ckkeeeygrikr@workingtall.com | Omar Tain | |
| 17 | selldocshero.com | digitalbanksolutionmanuals@gmail.com | Frances Harrison | FrancesGaming |
| 17 | selldocshero.com | Donations@laugh4apurpose.com | Kevin Reed | |
| 17 | selldocshero.com | DorcasGalleglyoxq51@gmail.com | Joelle Mills | DTBS INC |
| 17 | selldocshero.com | fidenciaayon@gmail.com | Felipe Orendain | |
| 17 | selldocshero.com | fidenciaayon@gmail.com | Omar Tain | |
| 17 | selldocshero.com | gnocchiaifunghi@gmail.com | Omar Tain | |
| 17 | selldocshero.com | hamza_stu023@yahoo.com | Zafar Iqbal Khan Muhammad | |
| 17 | selldocshero.com | hamza_stu023@yahoo.com | PAYPAL *HAMZASTU023* | |
| 17 | selldocshero.com | havingfun733da@gmail.com | Kevin Reed | |
| 17 | selldocshero.com | hthj18818@gmail.com | Denise Dortch | DENISE DORTCH |
| 17 | selldocshero.com | itsmandi512@yahoo.com | Omar Tain | |
| 17 | selldocshero.com | itsmandi512@yahoo.com | Kevin Reed | Laugh4APurpose |
| 17 | selldocshero.com | karolynmorchleo44@gmail.com | Omar Tain | |
| 17 | selldocshero.com | kevinmarketing4u@gmail.com | Kevin Reed | |
| 17 | selldocshero.com | Neca54Rivera@gmail.com | Juan DPerez | Services LLC |
| 17 | selldocshero.com | omartain23@gmail.com | LISA JAMES | |
| 17 | selldocshero.com | omartain23@gmail.com | Omar Tain | |
| 17 | selldocshero.com | orenom325@gmail.com | Summer Lossett | Summer Lossett |
| 17 | selldocshero.com | pbg76410@gmail.com | RICHARD JACOBO | RICHARD JACOBO |
| 17 | selldocshero.com | periuomar@yahoo.com | Omar Tain | |
| 17 | selldocshero.com | quentinrakoeidfq38@gmail.com | David Wingard | |
| 17 | selldocshero.com | reed10family@gmail.com | Kevin Reed | |
| 17 | selldocshero.com | reed10family@gmail.com | AMANDA L MORRIS | |
| 17 | selldocshero.com | selldocshero@gmail.com | Muhammad Qasim | Muhammad Qasim |
| 17 | selldocshero.com | selldocshero@gmail.com | | Sell Docshero |
| 17 | selldocshero.com | Tillieattkissonyvr88@gmail.com | CHRISTOPHER CANTREL | |
| 17 | selldocshero.com | ttmcqs@gmail.com | | |
| 17 | selldocshero.com | ttmcqs@gmail.com | T Mcqs | |
| 17 | selldocshero.com | wastonjoy56548@gmail.com | Frances Harrison | FrancesGaming |
| 17 | selldocshero.com | wastonjoy56548@gmail.com | T Mcqs | |

Amended Appendix A

| # | Domain | | Email | Name | Other |
|---|---|---|---|---|---|
| 17 | selldocshero.com | | zafar7183@gmail.com | Zafar Iqbal Khan Muhammad | |
| 17 | selldocshero.com | | zafar7183@gmail.com | Zafar Iqbal | |
| 18 | slystudent.com | | grades788@gmail.com | Hossam Alzyod | |
| 18 | slystudent.com | | grades788@gmail.com | Hossam al deen | |
| 18 | slystudent.com | | INFO@SLYSTUDENT.COM | | |
| 18 | slystudent.com | | mr.fahedq@gmail.com | | Sly Student |
| 18 | slystudent.com | | slystudent2022@gmail.com | | Sly Student |
| 19 | solutionmanual.store/solutionmanual.site | | admin@solutionmanual.site | | Solution9159 |
| 19 | solutionmanual.store/solutionmanual.site | | ebookyab.com@gmail.com | | Solution Manual Test Bank |
| 19 | solutionmanual.store/solutionmanual.site | | ebookyab.com@gmail.com | Milad Shayan | physicsbook |
| 19 | solutionmanual.store/solutionmanual.site | | smtb98@gmail.com | | Download Solution Manual and Test Bank |
| 19 | solutionmanual.store/solutionmanual.site | | smtb98@gmail.com | | Solution Manual Test Bank |
| 19 | solutionmanual.store/solutionmanual.site | | solution9159@gmail.com | | |
| 20 | solutions-study321.com | | academic.resources569@outlook.com | PAYPAL *ACADEMICRES | academic-resources |
| 21 | solutionstobooks.com | | academic.resources569@outlook.com | Martini Espinoza Burgos | |
| 21 | solutionstobooks.com | | admin@solutionstobooks.com | | |
| 21 | solutionstobooks.com | | delivery@solutionstobooks.com | Martini Espinoza Burgos | |
| 21 | solutionstobooks.com | | helpstudents678@outlook.com | Martini Espinoza Burgos | |
| 21 | solutionstobooks.com | | payments@solutionstobooks.com | Martini Espinoza Burgos | |
| 21 | solutionstobooks.com | | sales@solutionsguidesppl.com | Martini Espinoza Burgos | |
| 21 | solutionstobooks.com | | sales@solutionstobooks.com | Martini Espinoza Burgos | |
| 21 | solutionstobooks.com | | sales@solutionstobooks.com | PAYPAL *STUDENTRESO | |
| 21 | solutionstobooks.com | | sols.to.books@outlook.com | Martini Espinoza Burgos | |
| 21 | solutionstobooks.com | | students.resources489@outlook.com | Luis Espinoza Burgos | Student Resources |
| 21 | solutionstobooks.com | | students.resources489@outlook.com | PAYPAL *STUDENTRESO | Student Resoures |
| 21 | solutionstobooks.com | | support@solutions-guides.com | Luis Espinoza Burgos | Student Resources |
| 21 | solutionstobooks.com | | support@solutionstobooks.com | | The Solutions Manual |
| 22 | studentmagic.indiemade.com | | industrialist.bloom@gmail.com | Bezverkhnijj Oleksandr | |
| 22 | studentmagic.indiemade.com | | nhamvananh39615@gmail.com | THANH THANH QUACH | QUACH THANH THANH |
| 22 | studentmagic.indiemade.com | studentmagic.indie-made.com | oleksandrbezverk@gmail.com | Oleksandr Bezverkhnii | STUDENTMAG |
| 22 | studentmagic.indiemade.com | | sasha.bezverhnijj@gmail.com | Ceyhun Ismayilov | |
| 22 | studentmagic.indiemade.com | | dibrovvlad@gmail.com | Dibrov Valdislav Sergeevich | |
| 22 | studentmagic.indiemade.com | | tricusansan35262@gmail.com | THI DIU QUACH | |
| 23 | taketestbank.com | | support@taketestbank.com | | |
| 23 | taketestbank.com | | testbankrush.com@gmail.com | Huong Nguyen | |
| 23 | taketestbank.com | | testbanksolution942@gmail.com | | |
| 23 | taketestbank.com | | testbanksolution942@gmail.com | Huong Nguyen | |
| 24 | tb4class.com | | hi@advertpacific.com | Sapna Pandey | Advert Pacific |
| 24 | tb4class.com | | hi@advertpacific.com | Ankush Gupta | |
| 24 | tb4class.com | | hi@advertpacific.com | | BPM |
| 24 | tb4class.com | | hi@advertpacific.com | AKANSHA KESARWANI | RANKKKING |
| 24 | tb4class.com | | hi@advertpacific.com | Mayank Arora | |
| 24 | tb4class.com | | hi@advertpacific.com | | A2Media |
| 24 | tb4class.com | | hiring@advertpacific.com | | Advert Pacific |
| 24 | tb4class.com | | info@tb4class.com | | |
| 24 | tb4class.com | | tanveerk0956@gmail.com | Zeeshan Khan | |
| 24 | tb4class.com | | zeeshokhan956@gmail.com | Zeeshan Khan | |
| 25 | testbankall.com | | KataeBuro@gmail.com | Anh Dieu Ngo | TBforStudents |
| 25 | testbankall.com | | kataeburo@gmail.com | Hien Pham | |
| 25 | testbankall.com | | testbankone123@gmail.com | | |
| 25 | testbankall.com | | testbankrush.com@gmail.com | Tien Do | |
| 26 | testbankans.com | | danieljonesteam@hotmail.com | Daniel Jones | TopHomeWork |

Amended Appendix A

| 26 | testbankans.com | | jasonteven@hotmail.com | Jason Teven | |
| 26 | testbankans.com | | paypalage@yahoo.ca | Mary Stevenson | |
| 26 | testbankans.com | | sales@testbankans.com | PAYPAL *TOPHOMEWORK | |
| 26 | testbankans.com | | testbankfinder2018@gmail.com | Mary Stevenson | |
| 26 | testbankans.com | | testbankfinder2018@gmail.com | Mary Hoyle | |
| 27 | testbankaplus.com | | danielmiller1989@hotmail.com | Daniel Miller | DanSIG Service |
| 27 | testbankaplus.com | | DanielMillerService2021@gmail.com | Daniel Miller | DanSIG Service |
| 27 | testbankaplus.com | | DanielMillerService2021@gmail.com | PAYPAL *DANSIGSERVI | DanSIG Service |
| 27 | testbankaplus.com | | kellytestbank@gmail.com | Kelly Maxfield | |
| 27 | testbankaplus.com | | paypalage@yahoo.ca | Daniel Miller | |
| 27 | testbankaplus.com | | paypalage@yahoo.ca | Kelly Maxfield | |
| 27 | testbankaplus.com | | sales@testbankaplus.com | PAYPAL *DANSIGSERVI | |
| 28 | testbankbook.com | | order@testbankwin.com | | |
| 28 | testbankbook.com | | support@testbankbook.com | | |
| 28 | testbankbook.com | | tranthiphuong2112@gmail.com | Phuong Tran | |
| 29 | testbankone.com | | kataeburo@gmail.com | Hien Pham | |
| 29 | testbankone.com | | support@testbankone.com | | |
| 30 | testbanks4u.com | | akansha@blockchainpress.media | Rahul | |
| 30 | testbanks4u.com | | akanshak95@icloud.com | Rahul | |
| 30 | testbanks4u.com | | decoredesire2906@gmail.com | Rahul | |
| 30 | testbanks4u.com | | hi@AdvertPacific.com | PAYPAL *ONLINE* | Advert Pacific |
| 30 | testbanks4u.com | | hi@advertpacific.com | Rahul | Advert Pacific |
| 30 | testbanks4u.com | | hi@advertpacific.com | Rahul | Advert Pacific |
| 30 | testbanks4u.com | | hi@advertpacific.com | Ankush Gupta | Advert Pacific |
| 30 | testbanks4u.com | | hi@thebeautifulvibes.com | Rahul | |
| 30 | testbanks4u.com | | hiring@advertpacific.com | | Advert Pacific |
| 30 | testbanks4u.com | | info@testbanks4u.com | PAYPAL *ONLINE* | |
| 30 | testbanks4u.com | | kumarraamrahul@gmail.com | Rahul | Advert Pacific |
| 30 | testbanks4u.com | | salmanwork0987@gmail.com | Rahul | |
| 30 | testbanks4u.com | | zhanna_lyan@yahoo.com | Zhanna Lyan | Zhanna |
| 31 | testbanksafe.com | | buithithuyvy39@gmail.com | Bui Thi Thuy Vy | TBSAFE |
| 31 | testbanksafe.com | | inquiry@testbanksafe.com | | |
| 31 | testbanksafe.com | | testbankrush.com@gmail.com | Linh Nguyen | |
| 31 | testbanksafe.com | | testbanksolution127@gmail.com | Linh Nguyen | |
| 32 | testbankshop.cc | | support@testbankshop.cc | | |
| 32 | testbankshop.cc | | tranthithao091990@gmail.com | Thao Tran | TBT LLC |
| 32 | testbankshop.cc | | tranthithao091990@gmail.com | Tran Thao Thi | EB1900 GROUP |
| 33 | testbanktrust.com | | caothingocdiep98@gmail.com | Cao Thi Ngoc Diep | TestbankTrust |
| 33 | testbanktrust.com | | Support@testbanktrust.com | | |
| 33 | testbanktrust.com | | testbankrush.com@gmail.com | Linh Nguyen | |
| 33 | testbanktrust.com | | testbanksolution127@gmail.com | Linh Nguyen | |
| 34 | testbankzone.net | | ah120100@gmail.com | Melina Catherina Van Der Werf | Melina d/b/a ZONE |
| 34 | testbankzone.net | | ah120100@gmail.com | (Tahir Rar) תאיר קרע | |
| 34 | testbankzone.net | | elizabeth_altman@aol.com | AbdelRahman Hamdan | |
| 34 | testbankzone.net | | hamdanmohammad1985@gmail.com | MOHAMMED HAMDAN | Roneem Website Services |
| 34 | testbankzone.net | | igor.burstyn@yahoo.com | ABDELRAHMAN HAMDAN | Al-Hekmah Book Shop |
| 34 | testbankzone.net | | kassihastore@gmail.com | Azza Mahmoud | Kassiha Store |
| 34 | testbankzone.net | | misstofree@hotmail.com | | TestBank Zone |
| 34 | testbankzone.net | | pundamalli.sharath@gmail.com | PUNDAMALLI SHARATH | |
| 34 | testbankzone.net | | testbankrequests@gmail.com | Mohammad Hamdan | Testbankstore |
| 34 | testbankzone.net | | testbankzone2020@gmail.com | | TestBank Zone |
| 35 | tex-cetera.ws | | admin@tex-cetera.ws | Kita Becks | Tex-Cetera |

Amended Appendix A

| 35 | tex-cetera.ws | | admin@tex-cetera.ws | Keeta Shamshar | TC |
| 35 | tex-cetera.ws | | eemanmaryam@gmail.com | Eeman Maryam | |
| 35 | tex-cetera.ws | | support@tex-cetera.ws | PAYPAL *TEXCETERA* | T.C. |