ORIGINAL

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MCGRAW HILL LLC, BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., ELSEVIER INC., ELSEVIER B.V., MACMILLAN HOLDINGS, LLC, and PEARSON EDUCATION, INC., | **Civil Action No. 23-cv-02798** |
| Plaintiffs, | **[PROPOSED] AMENDED** LLS **PRELIMINARY INJUNCTION** |
| v. | |
| AGASI NAZARYAN, AHMED BOURFAD, ALECIA TRAMMER, ALEKSANDR BEZVERHNIY, ANKUSH GUPTA, ANTHONY DANISAN, ASHTON GIO, BOUBKER CHEMAA, BUI THI THUY VY, DANIEL MILLER, EEMAN MARYAM, EL MOSTAFA EL BOUCHINI-IDRISSI, FAHED QUTTAINAH, FATIMA BOUAICH, HIEN PHAM, HOSSAM AL DEEN, LUIS ESPINOZA BURGOS, MARIAM J.R. ALGHOUL, MARTIN JONATAN ESPINOZA BURGOS, MARWAN H. A. ABU ZAID, MARY GUZMAN, MARY STEVENSON, MILAD SHAYAN, MING ZANG CHEN, MOHAMMAD HAMDAN, OLEKSANDR BEZVERHNIY, OMAR AYYADI, PHUONG VIET NGO, RAHUL KUMARRAAM, ROSA ELENA DEL SOCORRO BURGOS ARRUNATEGUI, TRUONG THI HUONG, and ZAFAR IQBAL KHAN MUHAMMAD, | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/2/23 |
| Defendants. | |

McGraw Hill LLC ("McGraw Hill"), Bedford, Freeman & Worth Publishing Group, LLC

d/b/a Macmillan Learning ("Macmillan Learning"), Cengage Learning, Inc. ("Cengage"), Elsevier

Inc. ("Elsevier"), and Pearson Education, Inc. ("Pearson") (collectively, the "Publishers") and

Elsevier B.V. and Macmillan Holdings, LLC ("Macmillan Holdings") (collectively, with the

Publishers, "Plaintiffs") have moved for an entry of an Amended Preliminary Injunction against

Defendants Does 1 – 35 doing business as, respectively, btestbanks.com, cmz91.com, digitalmarket.shop, fulltestbank.com, gradexam.com, livetestbank.com, manual-solutions.com, mynursingtestprep.com, myshop.4studentbook.com, nafassy.com, nursematerials.com, nursestest.com, nursingdoc.com, nursingmastery.io, nursylab.com, primexam.com, selldocshero.com, slystudent.com, solutionmanual.store, solutionmanual.site, solutions-study321.com, solutionstobooks.com, studentmagic.indiemade.com, taketestbank.com, tb4class.com, testbankall.com, testbankans.com, testbankaplus.com, testbankbook.com, testbankone.com, testbanks4u.com, testbanksafe.com, testbankshop.cc, testbanktrust.com, testbankzone.net, and tex-cetera.ws, and those additional, currently known websites owned and/or operated by Defendants identified on Appendix A hereto (the "Infringing Sites"), and under the currently known names, aliases, and email addresses identified on Appendix A (collectively, "Defendants"). Plaintiffs so move the Court on the basis that Defendants are reproducing, distributing, and selling unauthorized digital copies of the Publishers' test banks, instructor solutions manuals ("ISMs"), and/or textbooks ("Infringing Works"), in which the Publishers own or exclusively control the federally registered copyrights. Plaintiffs further so move the Court on the basis that, in connection with the advertising and sale of Infringing Works, certain Defendants are using in commerce unauthorized, identical (or substantially indistinguishable) copies of Cengage's, Elsevier B.V.'s, Macmillan Holdings', McGraw Hill's, and Pearson's (collectively, the "Trademark Plaintiffs") federally registered trademarks and/or service marks (the "Marks").

The Court, having reviewed the Complaint, the proposed Amended Complaint, the Memorandum of Law in Support of this Amended Preliminary Injunction, the suppoting Declarations, and the entire record herein, and having granted Plaintiffs' original request for a

Preliminary Injunction, on May 2, 2023 (ECF No. 28) ("Original Preliminary Injunction"), makes the following findings of fact and conclusions of law:

1.    Plaintiffs have served Defendants with the Complaint and the exhibits thereto, the Court's April 4, 2023 *Ex Parte* Order ("the *Ex Parte* Order") granting the Application, and the Original Preliminary Injunction. *See* Decl. of Service, ECF No. 35.

2.    The Court has personal jurisdiction over Defendants under N.Y. C.P.L.R. § 302(a), including on the grounds that Defendants own, operate, and/or control highly interactive websites that are continuously accessible to and target, sell, and/or deliver goods to consumers in New York, have sold copies of the Publishers' test banks, ISMs, and/or textbooks to New York consumers, and/or have injured Plaintiffs in New York through the operation of the Infringing Sites.

3.    Plaintiffs are likely to succeed in showing that Defendants have infringed and are continuing to infringe the Publishers' copyrights in connection with Defendants' reproduction, distribution, and/or sale of Infringing Works, including via the Infringing Sites.  Plaintiffs are also likely to succeed in showing that Defendants have infringed and are continuing to infringe the Marks in connection with Defendants' distribution, sale, and/or offering for sale of unauthorized copies of Infringing Works.

4.    The reproduction, distribution, and sale of Infringing Works, and the infringing use of reproductions of the Marks in connection therewith, will result in immediate and irreparable injury to Plaintiffs if the requested relief is not granted.

5.    The balance of potential harm to Defendants, if any, by being prevented from continuing to profit from infringing activities if the Amended Preliminary Injunction is issued is far outweighed by the harm to Plaintiffs, their businesses, and the value associated with the

3

Publishers' copyrights and the Trademark Plaintiffs' Marks if the Amended Preliminary Injunction is not issued.

6.     Public interest favors issuance of the Amended Preliminary Injunction in order to protect Plaintiffs' interests in their intellectual property rights and to protect the public from the harm caused by Defendants' activity at issue in this case, which encourages and facilitates academic cheating.

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), the Lanham Act (15 U.S.C. § 1116, N.Y. C.P.L.R. §§ 6201 et al., and the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, that:

1.     Defendants, their officers, agents, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Amended Preliminary Injunction, are enjoined from:

a) Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of the Publishers ("Publishers' Copyrighted Works");

b) Directly or indirectly infringing any trademark to which any of the Trademark Plaintiffs are the registrants under 15 U.S.C. § under 15 U.S.C. § 1127 ("Trademark Plaintiffs' Marks);

c) Copying, reproducing, manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, promoting, or otherwise exploiting any of the Publishers' Copyrighted Works without the Publishers' express written permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

4

d) Copying, reproducing, using in connection with manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, or promoting goods or services, or otherwise using in commerce, the Trademark Plaintiffs' Marks without the Trademark Plaintiffs' express written permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

e) Creating, operating, maintaining, or hosting the Infringing Sites or other websites operated by Defendants that infringe the Publishers' Copyrighted Works or Trademark Plaintiffs' Marks;

f) Operating, maintaining, registering, providing, or using any computer server, domain name, domain name server, cloud storage service, e-commerce platform, online advertising service, social media platform, proxy service (including reverse and forwarding proxies), website optimization service (including website traffic management), caching service, content delivery network, or payment processing or other financial service to, for, or in connection with the Infringing Sites or other websites operated by Defendants that infringe the Publishers' Copyrighted Works or the Trademark Plaintiffs' Marks; or providing other similar services to support the Infringing Sites or other websites operated by Defendants that infringe the Publishers' Copyrighted Works or the Trademark Plaintiffs' Marks;

g) Transferring ownership or control of the websites, domain names, or accounts associated with the Infringing Sites or other websites operated by Defendants that infringe the Publishers' Copyrighted Works or the Trademark Plaintiffs' Marks; and

h) Displaying in online search results, or providing links to, the Infringing Sites, other

websites operated by Defendants that infringe the Publishers' Copyrighted Works or the Trademark Plaintiffs' Marks, or infringing products offered on such websites.

2.      Defendants, their officers, agents, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Amended Preliminary Injunction, and service providers to Defendants or other non-parties who receive actual notice of this Amended Preliminary Injunction and operate or control accounts holding or receiving money or other assets owned by, related to, connected to, associated with, held by, or transferred in connection with Defendants' Infringing Sites or Defendants' sale of Publishers' Copyrighted Works ("Defendants' Accounts"), must immediately locate all of Defendants' Accounts and immediately cease transferring, withdrawing, or otherwise disposing of any money or other assets in Defendants' Accounts or allowing such money or other assets in Defendants' Accounts to be transferred, withdrawn, or otherwise disposed of.  Defendants' Accounts include, but are not limited to: (i) Defendants' Accounts with providers of payment processing services ("Payment Processors"), such as PayPal and Stripe; and (ii) Defendants' Accounts with banks, savings and loan associations, credit card processing agencies, merchant acquiring banks, cryptocurrency exchanges, and other companies that engage in the processing or transfer of money and/or other assets ("Financial Institutions"), including but not limited to those accounts listed on Appendix B hereto.

IT IS FURTHER ORDERED that Defendants shall preserve copies of all computer files relating to any of the Infringing Sites or Defendants' sale of the Publishers' Copyrighted Works or use of the Trademark Plaintiffs' Marks and shall take all steps necessary to retrieve such computer files that may have been deleted before the entry of this Order.

IT IS FURTHER ORDERED that the Expedited Discovery Order contained in the Ex Parte Order shall remain in effect until further order of the Court.

IT IS FURTHER ORDERED that this Amended Preliminary Injunction shall no longer apply to any Defendant dismissed from this action.

IT IS FURTHER ORDERED that this Amended Preliminary Injunction replaces and supersedes the Preliminary Injunction issued on May 2, 2023 (ECF No. 28).

It is SO ORDERED this __2d__ day of __August__, 2023.

_____

Louis L. Stanton

Honorable Louis L. Stanton
UNITED STATES DISTRICT JUDGE

Amended Preliminary Injunction
Appendix A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| 1 | Ahmed Bourfad | fulltestbank.com | manual-solution.com | (Tahir Rar) קר תאיר | abdallahtayseer122@gmail.com |
| | Fatena Bouaich | manual-solutions.com | tbsmstore.com | Abdallah Tayseer | ah120100@gmail.com |
| | Mohammad Hamdan | testbankzone.net | | Abdallahv Tayseer | annins720@gmail.com |
| | | | | AbdelRahman Hamdan | bourfad3891@gmail.com |
| | | | | Abood Hamdan | bourfdd3892@gmail.com |
| | | | | Al-Hekmah Book Shop | elizabeth_altman@aol.com |
| | | | | Ans Ezzaquany | eloujani@gmail.com |
| | | | | Azza Mahmoud | flafhaylis@gmail.com |
| | | | | Bourid | ftbouaich@gmail.com |
| | | | | Eloujani Med | fulltestbank@gmail.com |
| | | | | Eloujani Mohamed | hamdan.mohammad17@gmail.com |
| | | | | Fatima Bouaich | hamdanmohammad1985@gmail.com |
| | | | | Full Test Bank | hsimo50@gmail.com |
| | | | | Full Test bank Store | igor.burstyn@yahoo.com |
| | | | | fulltestbank.com | Issam360@protonmail.com |
| | | | | Gail Darwin | JoksonyHoksony5@gmail.com |
| | | | | Issam Nairn | kassiliasstore@gmail.com |
| | | | | Kassilia Store | Krish-Neale@bigoffre.com |
| | | | | Manual Solutions | meducool@gmail.com |
| | | | | meducool | misstoffree@hotmail.com |
| | | | | Melina | mohammad-m2007@hotmail.com |
| | | | | Melina Catherina Van Der Werf | pundamallı.sharath@gmail.com |
| | | | | Melina d/b/a ZONE | request.testbank@gmail.com |
| | | | | Mohamed Eloujani | saad011@gmail.com |
| | | | | Mohammed Hamdan | strategielife@gmail.Com |
| | | | | Proseo service | Sukhmani-Farrington@bigoffre.com |
| | | | | PROSEOSERVI | sweetlove.dream@yahoo.com |
| | | | | Pundamalli Sharath | testbankrequests@gmail.com |
| | | | | Roneem Website Services | testbank.zone2020@gmail.com |
| | | | | Saad Mounadi | vandaleen.marcus@gmail.com |
| | | | | Terry Tara | zm9877@gmail.com |
| | | | | Test Bank | |
| | | | | Test Bank store | |
| | | | | TestBank Zone | |
| | | | | TestBanks: Manual Solutions | |
| | | | | Testbankstore | |
| | | | | testbankzone.net | |
| | | | | Van Daalen | |
| 2 | Aleksandr Bezverhniy | gradexam.com | examrankers.com | Alexs Bezy | dangductri84905@gmail.com |
| | Oleksandr Bezverhniy | primexam.com | gradeexam.com | Bezverkhnij Oleksandr | dheeraj6001@gmail.com |
| | | studentmagic.indiemade.com | studentmagic.indie-made.com | Ceyhun Ismayılov | dibrovvlad@gmail.com |
| | | | | Dheeraj Kumar | help.gradexam@gmail.com |
| | | | | Dibrov Valdıslav Sergeevich | help.primesolutions@gmail.com |
| | | | | Dinh Thı Thuy | industrialist.bloom@gmail.com |
| | | | | Grade Exam | ksenia.portanova1997@gmail.com |
| | | | | GRADEXAM | nhamvananh39615@gmail.com |
| | | | | Gradexam b/b/a digitone | nurse.primexam@gmail.com |
| | | | | Heydar Abdullayev | oleksandrbezverk@gmail.com |
| | | | | Kip Fatıme | orders@indiemade.com |
| | | | | Ksenia Portanova | sanyaslovo@gmail.com |
| | | | | Numerical Universe | sasha.bezverhnij@gmail.com |
| | | | | Oleksandr Bezverkhnii | trieusansan35262@gmail.com |
| | | | | Prime Exam | vladyslay.dibrova@gmail.com |
| | | | | primexam | |
| | | | | primexam.com | |
| | | | | QUACH THANH THANH | |
| | | | | STUDENTMAG | |
| | | | | THANH THANH QUACH | |
| | | | | THI DIU QUACH | |
| | | | | TutTop | |
| | | | | Vladyslav Dibrova | |
| 3 | Luis Espinoza Burgos | solutions-study321.com | | academic-resources | academic.resources569@outlook.com |
| | Martin Jonatan Espinoza Burgos | solutionstobooks.com | | John Campbell | admin@solutionsguidesppl.com |
| | Rosa Elena Del Socorro Burgos Arrunategui | | | Martin Espinoza Burgos | admin@solutionstobooks.com |
| | | | | Martini Espinoza Burgos | delivery@solutionstobooks.com |
| | | | | Student Resources | firr_kas@yahoo.com |
| | | | | Student Resoures | helpstudents678@outlook.com |
| | | | | The Solutions Manual | m.espinozab@hotmail.com |
| | | | | | mbxsolman@gmail.com |
| | | | | | payments@solutionstobooks.com |
| | | | | | sales@solutionsguidesppl.com |
| | | | | | sales@solutionstobooks.com |
| | | | | | sols.to.books@outlook.com |
| | | | | | students.resources489@outlook.com |
| | | | | | studyguides123@gmail.com |
| | | | | | support@solutions-guides.com |
| | | | | | support@solutionstobooks.com |
| | | | | | zen383@yahoo.com |
| 4 | Ankush Gupta | tb4class.com | | A2Media | akansha@blockchainpress.media |
| | Rahul Kumarraam | testbanks4u.com | | Advert Pacific | akanshak95@icloud.com |
| | | | | AKANSHA KESARWANI | buy_tb_sm@yahoo.com |
| | | | | BPM | decoredesire2906@gmail.com |
| | | | | Cagtay Erdenet | hi@advertpacific.com |
| | | | | Eahul | hi@thebeautifulvibes.com |
| | | | | Mah S | hiring@advertpacific.com |
| | | | | Mayank Arora | info@tb4class.com |
| | | | | Rahul | info@testbanks4u.com |
| | | | | RANKKKING | kumarraamrahul@gmail.com |

Case 1:23-cv-02798-LLS Document 42 Filed 08/02/23 Page 9 of 16
Case 1:23-cv-02798-LLS Document 36-5 Filed 07/18/23 Page 9 of 16
Amended Preliminary Injunction
Appendix A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Sapna Pandey<br>Zeeshan Khan | salmanwork0987@gmail.com<br>tanveerk0956@gmail.com<br>testbank4u.com@gmail.com<br>zeeshokhan956@gmail.com |
| 5 | Daniel Miller<br>Mary Stevenson | testbankans.com<br>testbankaplus.com | testbank777.com | Daniel Jones<br>DanSIG Service<br>Jason Teven<br>Kelly Maxfield<br>Lia Coen<br>Mary Hoyle<br>testbankans.com<br>testbankaplus.com<br>TopHomeWork<br>TopHomeWrok | danieljonesteam@hotmail.com<br>danielmiller1989@hotmail.com<br>DanielMillerService2021@gmail.com<br>hostdomaininvoice@gmail.com<br>jasonteven@hotmail.com<br>kellytestbank@gmail.com<br>paypalage@yahoo.ca<br>sales@testbank777.com<br>sales@testbankans.com<br>sales@testbankaplus.com<br>testbankfinder2018@gmail.com |
| 6 | Bui Thi Thuy Vy<br>Hien Pham<br>Phuong Viet Ngo | livetestbank.com<br>taketestbank.com<br>testbankall.com<br>testbankbook.com<br>testbankone.com<br>testbanksafe.com<br>testbanktrust.com | GOODTESTBANK.COM<br>MRTESTBANK.COM<br>TESTBANKBOX.COM<br>TESTBANKHD.COM | Anh Dieu Ngo<br>buithithuyvy39@gmail.com<br>Cao Thi Ngoc Diep<br>DUONG ANH QUOC<br>Huong Nguyen<br>La Quai<br>Linh Nguyen<br>livetestbank<br>Livetestbank.com<br>Nick Gabriella<br>PAYPAL *TESTBANK SM*<br>Phuong Ngo<br>Phuong Tran<br>Quan Dinh<br>QUOC ANH DUONG<br>TBforStudents<br>TBSAFE<br>TestBank-SM<br>testbankall.com<br>testbankbook.com<br>testbankone.com<br>Testbank Trust<br>Tia Renan<br>Tien Do | admin@testbankhd.com<br>buithithuyvy39@gmail.com<br>caothingocdiep98@gmail.com<br>Casighwhite@gmail.com<br>inquiry@testbanksafe.com<br>kataeburo@gmail.com<br>lap154330@gmail.com<br>lquai740@gmail.com<br>lquai7401@addmot.com<br>order@testbankwin.com<br>support@Livetestbank.com<br>support@taketestbank.com<br>Support@testbankblock.com<br>support@testbankbook.com<br>support@testbankone.com<br>Support@testbanktrust.com<br>testbankone123@gmail.com<br>testbankrush.com@gmail.com<br>testbanksolution127@gmail.com<br>testbanksolution942@gmail.com<br>tranthiphuong2112@gmail.com |
| 7 | Boubker Chemaa<br>Mary Guzman | nursematerials.com<br>nursylab.com | epronurse.com<br>nursexams.com<br>boom.to<br>nursylab.net<br>nursylab.org<br>PrepNurse.com<br>prepnurse.com<br>testsbanknursing.com | Ada Hickman<br>Ashley Nurse<br>boom.to<br>Charaf Eddine<br>Hickman<br>Karen Bacon<br>Mari Odom<br>NURSEMATERIALS<br>Nursematerials LLC<br>NURSYLAB<br>Nursylab Inc<br>Odom<br>Prepnurse | 4c3d780a4b69477685b8fe2278af0034.prot<br>ect@withheldforprivacy.com<br>adamueigrady@hotmail.com<br>boubkerchemaa@yahoo.com<br>eddinecharaf22@gmail.com<br>forestucorns@hotmail.com<br>GregoryHathaway4124@yahoo.com<br>isaacsdwu06@gmail.com<br>KeithOtero76@hotmail.com<br>kresvero40@gmail.com<br>kuphalegg89@gmail.com<br>lakitafraguarre@gmail.com<br>marigarrie22@outlook.com<br>MollettGoolsby43@gmail.com<br>obediahtsakalis4@gmail.com<br>patriciagarri20@outlook.com<br>payments@nursylab.com<br>powlowskileonila571@gmail.com<br>rasheedakanne@gmail.com<br>ricardoallex74@hotmail.com<br>rosettegory@gmail.com<br>sales@nursylab.com<br>support@nursylab.com<br>support@prepnurse.com<br>tarawlston18@outlook.com<br>williamfilio72@hotmail.com<br>wordpress@nursylab.com |
| 8 | Fahed Quttainah<br>Hossam al deen | slystudent.com | gradespush.com<br>nursingking.com | Hossam Alzyod<br>JoTrade<br>Laila Jonathan<br>Nursing King, Inc.<br>Ravan Shajahey<br>Rawan Qutt<br>Says Digital LTD<br>Sly Student | grades788@gmail.com<br>h0780776868@gmail.com<br>INFO@SLYSTUDENT.COM<br>mr.fahedq@gmail.com<br>ravsbills@gmail.com<br>slystudent2022@gmail.com |
| Doe 8 | Agasi Nazaryan | mynursingtestprep.com | | NURSING EDUCATION AND COLLECT<br>Nursing Exam Prep<br>nursingexamprep<br>Velentin Marlowe | agasinazaryan@yahoo.com<br>nursingexamprep22@gmail.com |
| Doe 3 | Alecia Trammer | digitalmarket.shop | | Ahmed Omar<br>Ahmed Yasser<br>Alecia Trammer<br>Devin Velez<br>Digital Market<br>Digital Market Group<br>Digital Market Shop<br>DigitalMarket | bmwdevin21@gmail.com<br>digitalmarketgroup@outlook.com<br>etestbanks1@gmail.com<br>evgenys@fresh.store<br>info@digitalmarketgroup.net<br>lord.ahmed887@rocketmail.com<br>pinks42678kumari@gmail.com<br>realahmed8@hotmail.com |

**Amended Preliminary Injunction**

**Appendix A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | DIGITALMARKET SHOP<br>Evgeny Stern<br>Oran Ozinci<br>Tami Riley<br>wholebeautystore | translationagencies2020@gmail.com |
| Doe 14 | Anthony Danisan | nursingmastery.io | | Anthony Stephan Danisan<br>Fabrics of Faith, LLC<br>Giulienne Longo<br>TESTBANKFIND | anthony@xstolia.com<br>contact@thefabricsoffaith.com<br>donnamadison@pm.me<br>lopezmaria89@yandex.com<br>nursingeducationPDF@pm.me<br>testbankfinder@pm.me<br>testbankfinder@r1m.me |
| Doe 1 | Ashton Gio | btestbanks.com | btestbanhghgks.com<br>prepthenurse.com | 133~ Services LLC<br>Ahton Gior<br>ashton Galapher<br>Aston Gior<br>B Test Banks Mailer<br>B TestBanks Inc<br>BBank Inc<br>BBank Inc d/b/a btestbanks.com<br>btestbanks<br>Elisabeth Arnold<br>Host Master<br>Mastongue<br>Mastongue d/b/a WWW.BTESTBANKS.COM<br>Prep the Nurse<br>Reyansh | agio@bassaba.com<br>allanmikasss@gmail.com<br>ashtongio@protonmail.com<br>ashtongiob@gmail.com<br>ASHTONGIOBS@GMAIL.COM<br>btestbanks95@gmail.com<br>georgegio@five.com<br>ggiorgad@email.essex.edu<br>gioa@kean.edu<br>mailerbtestbanks@gmail.com<br>sebastock95@gmail.com<br>whois+prepthenurse.com@njal.la |
| Doe 35 | Eeman Maryam | tex-cetera.ws | texcetera.myshopify.com | Keeta Shamshar<br>Kita Becks<br>T.C<br>TC<br>Tex-Cetera<br>TexCetera | admin@tex-cetera.ws<br>eemanmaryam@gmail.com<br>kitabain4sale@gmail.com<br>support@tex-cetera.ws |
| Doe 13 | El Mostafa El Bouchini-Idrissi | nursingdoc.com | docth.com<br>jolieroll.com<br>testbankdocu.com | damo916<br>EL BOUCHINI-IDRISSI EL MOSTAFA<br>elidrissi mus<br>Green Lameasha<br>Haidat Aicha<br>KAMNATH LLC<br>Mstafa Idrissi<br>Mus feed<br>Mustafa Idrissi<br>Nursing Doc<br>nursingdoc.com<br>Terry Reeves<br>Youness Bensate | A.brayden93@hotmail.com<br>admin@nursingdoc.com<br>Alicia2ooeguera@hotmail.com<br>Cynthia.pelkey88@protonmail.com<br>damo916@live.fr<br>Delia.toomey99@outlook.com<br>Gemma01cortes@hotmail.com<br>greenlameasha980@gmail.com<br>Heeju01Kim@outlook.com<br>HoodJessica09@outlook.com<br>jedylaverti@outlook.com<br>Jessicasargent93@hotmail.com<br>joujouamira39@gmail.com<br>Julian.mor97@outlook.com<br>Kelwalter@hotmail.com<br>Kevin1bacon@outlook.com<br>Kira1Cajigas@hotmail.com<br>L.Buono1478@outlook.com<br>Leonardo0torres@hotmail.com<br>m.eldrissi73@gmail.com<br>Moran0kane@hotmail.com<br>mryounessbensato@gmail.com<br>mryounessbensate1@gmail.com<br>musid73@gmail.com<br>musid73@outlook.com<br>musid73@yahoo.com<br>nick.tum96@outlook.com<br>Paradedaily@gmail.com<br>Rutaiba.al.S1995@outlook.com<br>S.elbouchini68@gmail.com<br>Samira.choubakkya@outlook.com<br>Sandygordon92@outlook.com<br>Stephanie0maharaj@outlook.com<br>Terryreves@outlook.com<br>Timbo.L@outlook.com<br>Wendy93abundes@outlook.com<br>Zachary8taylor@outlook.com |
| Doe 9 | Mariam J R Alghoul | myshop.4studentbook.com | 4studentbook.com<br>4studentbook.store | 4StudentBook<br>4StudentBookStore<br>Ashraf Al-Saqqa<br>ashrafzs<br>Belal Jaser<br>Code Expert<br>Julie Bel<br>Mariam<br>Safaa Radi<br>Sfaa Radi | 4beststudent@gmail.com<br>4studentbook@gmail.com<br>ashraf.eb@hotmail.com<br>belaljaser2018@gmail.com<br>belaljaser2019@gmail.com<br>juliebel20@outlook.com<br>JulieBel2017@gmail.com<br>juliebel2018@outlook.com<br>juliebel2020@outlook.com<br>Juliebel2021@gmail.com<br>m1alghoul@gmail.com<br>malghoul18@gmail.com<br>proj100@hotmail.com<br>proj20@hotmail.com<br>rn.rofaida@hotmail.com<br>TestBanStore2020@gmail.com |

Amended Preliminary Injunction

Appendix A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| Doe 12 | Marwan H. A. Abu Zaid | nursestest.com | nursinglab.online<br>testbankfree.com | Alburg Marketing Services<br>ALBURGMARKE NURSES TEST<br>Marwan Abuzaid<br>Marwan H A Abu Zaid<br>maz88<br>Nurses Test<br>Toby Kira | abuzaid.marwan88@gmail.com<br>dsgiworldx@gmail.com<br>gamingdropshipstore@gmail.com<br>info@nursestest.com<br>marabuzaid988@gmail.com<br>mezz10101@gmail.com<br>payment@nursestest.com<br>ppinvoices2020@gmail.com<br>storedigi22@gmail.com |
| Doe 19 | Milad Shayan | solutionmanual.store<br>solutionmanual.site | book4me.xyz<br>ebookyab.com<br>ebookyab.net<br>file4sell.com | Download Solution Manual and Test Bank<br>physicsbook<br>Solution Manual Test Bank<br>Solution9159 | admin@solutionmanual.site<br>ebookyab.com@gmail.com<br>smtb98@gmail.com<br>solution9159@gmail.com |
| Doe 2 | Ming Zang Chen | cmz91.com | | EBOOKSELLER<br>明藏 陈 (Ming Zang Chen) | 965074539@qq.com<br>a965074539@163.com |
| Doe 10 | Omar Ayyadi | nafassy.com | booksfibra.us<br>nafassy.net<br>nursybook.com | Ayyadi Omar<br>contact@nafassy.net<br>FRAGART<br>FRAGART LLC<br>FRAGARTBOOKS<br>FragartShop<br>Krystal Cwalker<br>Levi Finn<br>LOLYFUN<br>MACWOWStore<br>MalviEbook<br>MILVRAS<br>Nafassy<br>PINTURACITY<br>SMART HOPE LTD<br>SMART HOPE LTD d/b/a Library NF<br>SmartHope<br>STOREBooks<br>tangerfes007<br>TATATODAY<br>TeGifts LLC<br>TOYSBEBESTORE<br>travailomar | contact@nafassy.com<br>contact@nafassy.net<br>crownstorenow@outlook.com<br>lalasrae@gmail.com<br>milvras.store@gmail.com<br>toysbabesstore@outlook.com<br>worksuccessok@gmail.com |
| Doe 32 | Truong Thi Huong | testbankshop.cc | | EB1900 GROUP<br>Opal Kipp<br>TBT LLC<br>Thoa Tran<br>Tran Thoa Thi | support@testbankshop.cc<br>testbanksolution729@gmail.com<br>tranththao091990@gmail.com |
| Doe 17 | Zafar Iqbal Khan Muhammad | selldocshero.com | | Aamir Sohail<br>Ameer Hamza<br>Brittany Kemp<br>CHRISTOPHER CANTREL<br>David Wingard<br>DeByte<br>Denise Dortch<br>DTBS INC<br>Felipe Orendan<br>Frances Harrison<br>FrancesGaming<br>Joelle Mills<br>Juan D Perez<br>Kimberly Ray<br>LISA JAMES<br>Marcia Brauer<br>Muhammad Qasim<br>Omar Tain<br>Paul Disantis<br>HAMZASTU023<br>Richard Jacobo<br>Sell Docshero<br>Services LLC<br>Summer Lossett<br>Syed Atif Raza<br>T Mcqs<br>Zafar Iqbal | aamirsohailofficiall@gmail.com<br>alejandra889fm@gmail.com<br>ap01667744+4@gmail.com<br>august755amm@gmail.com<br>ckkcceygrikr@workingtall.com<br>denised922@comcast.com<br>denised922@comcast.net<br>denisedortch@comcast.net<br>digitalbanksolutionmanuals@gmail.com<br>DorcasGalleglyoxq51@gmail.com<br>fhvgsk@knowledgemd.com<br>fidenciaayon@gmail.com<br>gnouchaufunghi@gmail.com<br>hamza_Stu023@yahoo.com<br>hthj1881@gmail.com<br>kakasososoojshsjs8@gmail.com<br>karolynmorchloo44@gmail.com<br>kiltsolvp@gmail.com<br>mahzaadarshn@gmail.com<br>marklown22@gmail.com<br>Neca54Rivera@gmail.com<br>omartain23@gmail.com<br>orenom325@gmail.com<br>pbg76410@gmail.com<br>PERIUOMAR@YAHOO.COM<br>quentinrakoocdfq18@gmail.com<br>sakuralovehanuno@omtecha.com<br>selldocshero@gmail.com<br>tillientkissonyvr88@gmail.com<br>ttmcqs@gmail.com<br>wastonjoy56548@gmail.com<br>zafar7183@gmail.com<br>zajkzaicka@masjoco.com |

Case 1:23-cv-02798-LLS    Document 42    Filed 08/02/23    Page 12 of 16
Case 1:23-cv-02798-LLS    Document 36-5    Filed 07/18/23    Page 12 of 16
Amended Preliminary Injunction

## Appendix B

| Defendant | Financial Institution | Redacted Account Number |
|---|---|---|
| Zafar Iqbal Khan Muhammad | Abu Dhabi Commercial Bank PJSC | 0001 |
| Group 1 | Arab bank | 4232 |
| Truong Thi Huong | Asia Commercial Joint Stock Bank | 7530 |
| Group 6 | Bank For Foreign Trade Of Vietnam | 1930 |
| Group 1 | Bank Hapoalim B.M | 5458 |
| Ashton Gio | Bank of America | 9195 |
| Group 3 | Bank of America | 6240 |
| Omar Ayyadi | Bank of America | 0738 |
| Group 1 | Bank Of Palestine | 384 |
| Mariam J.R. Alghoul | Bank Of Palestine | 8128 |
| Group 2 | Banking Circle S.A. | 4430 |
| Group 2 | Banking Circle SA | 4430 |
| Zafar Iqbal Khan Muhammad | Charles Schwab Bank | 6692 |
| Group 2 | Citibank Europe PLC | 9577 |
| Ashton Gio | Citibank NA | 0207 |
| Group 5 | Citibank NA | 0056 |
| Group 2 | City Bank Europe | 9577 |
| Eeman Maryam | Community Federal Savings Bank | 4962 |
| Group 1 | Community Federal Savings Bank | 7504 |
| Group 1 | Community Federal Savings Bank | 1316 |
| Group 1 | Community Federal Savings Bank | 1522 |
| Group 1 | Community Federal Savings Bank | 8676 |
| Group 1 | Community Federal Savings Bank | 6258 |
| Group 1 | Community Federal Savings Bank | 8087 |
| Group 7 | Community Federal Savings Bank | 0278 |
| El Mostafa El Bouchini-Idrissi | Evolve Bank & Trust | 4740 |
| El Mostafa El Bouchini-Idrissi | Evolve Bank & Trust | 4749 |
| El Mostafa El Bouchini-Idrissi | Evolve Bank & Trust | 0771 |
| Mariam J.R. Alghoul | Evolve Bank & Trust | 1820 |
| Mariam J.R. Alghoul | Evolve Bank & Trust | 1822 |
| Omar Ayyadi | Evolve Bank & Trust | 5480 |
| Omar Ayyadi | Evolve Bank & Trust | 5484 |
| Omar Ayyadi | Evolve Bank & Trust | 5211 |
| Alecia Trammer | First Century Bank Payoneer | 5591 |
| Group 1 | First Century Bank Payoneer | 4345 |
| Group 3 | First Century Bank Payoneer | 7558 |
| Group 3 | First Century Bank Payoneer | 4263 |
| Zafar Iqbal Khan Muhammad | Go2 Bank | 0-85 |
| Zafar Iqbal Khan Muhammad | Go2 Bank | 8-03 |
| Zafar Iqbal Khan Muhammad | Go2 Bank | 9-58 |
| Zafar Iqbal Khan Muhammad | Go2 Bank | 5-31 |
| Zafar Iqbal Khan Muhammad | Go2 Bank | 5669 |
| Zafar Iqbal Khan Muhammad | Green Dot Corporation | 6085 |

**Amended Preliminary Injunction**

**Appendix B**

| Defendant | Financial Institution | Redacted Account Number |
|---|---|---|
| Zafar Iqbal Khan Muhammad | Green Dot Corporation | 2803 |
| Zafar Iqbal Khan Muhammad | Green Dot Corporation | 0958 |
| Zafar Iqbal Khan Muhammad | Green Dot Corporation | 8531 |
| Group 4 | HDFC BANK | 5433 |
| Group 1 | Israel Postal Bank | 7986 |
| Group 1 | Israel Postal BANK | 1798 |
| Group 1 | israel postal bank | 7986 |
| Anthony Danisan | JPMorgan Chase | 8025 |
| Anthony Danisan | JPMorgan Chase | 8739 |
| Anthony Danisan | JPMorgan Chase | 9881 |
| Anthony Danisan | JPMorgan Chase | 881 |
| Ashton Gio | JPMorgan Chase | 3599 |
| Ming Zang Chen | JPMorgan Chase | 4641 |
| Zafar Iqbal Khan Muhammad | JPMorgan Chase | 6228 |
| Zafar Iqbal Khan Muhammad | MashreqBank PSC | 2063 |
| El Mostafa El Bouchini-Idrissi | Meta Bank, NA | 6743 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 423 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 8593 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 9685 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 9019 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 1426 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 2029 |
| Alecia Trammer | Metropolitan Bank | 8559 |
| Group 1 | Payoneer | 7705 |
| Group 1 | Payoneer | 8303 |
| Group 1 | Payoneer | 8029 |
| Group 1 | Payoneer | 1342 |
| Group 1 | Payoneer | 4083 |
| Group 2 | Payoneer | 9484 |
| Group 2 | Payoneer | 8900 |
| Group 2 | Payoneer | 7653 |
| Mariam J.R. Alghoul | Payoneer | 5960 |
| Zafar Iqbal Khan Muhammad | Payoneer | 1918 |
| Alecia Trammer | Paypal | 0652 |
| Alecia Trammer | Paypal | 9919 |
| Anthony Danisan | Paypal | 6074 |
| Ashton Gio | Paypal | 4742 |
| Ashton Gio | Paypal | 9587 |
| Ashton Gio | Paypal | 6480 |
| Ashton Gio | Paypal | 1229 |
| Eeman Maryam | Paypal | 6231 |
| Eeman Maryam | Paypal | 7706 |
| El Mostafa El Bouchini-Idrissi | Paypal | 7606 |

**Amended Preliminary Injunction**

**Appendix B**

| Defendant | Financial Institution | Redacted Account Number |
|---|---|---|
| El Mostafa El Bouchini-Idrissi | Paypal | 7114 |
| El Mostafa El Bouchini-Idrissi | Paypal | 1673 |
| El Mostafa El Bouchini-Idrissi | PayPal | 9035 |
| El Mostafa El Bouchini-Idrissi | Paypal | 2298 |
| Group 1 | Paypal | 3931 |
| Group 1 | Paypal | 9696 |
| Group 1 | PayPal | 3179 |
| Group 1 | Paypal | 8443 |
| Group 1 | Paypal | 4908 |
| Group 1 | PayPal | 3938 |
| Group 1 | PayPal | 9578 |
| Group 1 | Paypal | 3630 |
| Group 1 | Paypal | 2745 |
| Group 1 | Paypal | 0263 |
| Group 1 | Paypal | 6283 |
| Group 1 | Paypal | 0544 |
| Group 1 | Paypal | 6983 |
| Group 2 | Paypal | 4389 |
| Group 2 | Paypal | 8169 |
| Group 3 | Paypal | 0403 |
| Group 3 | Paypal | 7311 |
| Group 3 | PayPal | 0568 |
| Group 3 | PayPal | 8306 |
| Group 4 | Paypal | 6844 |
| Group 5 | Paypal | 2887 |
| Group 5 | Paypal | 2967 |
| Group 6 | Paypal | 0069 |
| Group 6 | Paypal | 4128 |
| Group 6 | Paypal | 6229 |
| Group 6 | Paypal | 4758 |
| Group 6 | Paypal | 7949 |
| Group 7 | Paypal | 3127 |
| Group 7 | Paypal | 1898 |
| Group 8 | Paypal | 5316 |
| Group 8 | PayPal | 8897 |
| Mariam J.R. Alghoul | Paypal | 8069 |
| Mariam J.R. Alghoul | Paypal | 1686 |
| Mariam J.R. Alghoul | PayPal | 6588 |
| Marwan H. A. Abu Zaid | Paypal | 0595 |
| Ming Zang Chen | Paypal | 7642 |
| Omar Ayyadi | PayPal | 0859 |
| Omar Ayyadi | Paypal | 5969 |
| Truong Thi Huong | Paypal | 7396 |

Case 1:23-cv-02798-LLS   Document 42   Filed 08/02/23   Page 15 of 16
Case 1:23-cv-02798-LLS   Document 36-5   Filed 07/18/23   Page 15 of 16
**Amended Preliminary Injunction**

**Appendix B**

| Defendant | Financial Institution | Redacted Account Number |
|---|---|---|
| Zafar Iqbal Khan Muhammad | Paypal | 3803 |
| Zafar Iqbal Khan Muhammad | Paypal | 8056 |
| Zafar Iqbal Khan Muhammad | Paypal | 9134 |
| Zafar Iqbal Khan Muhammad | Paypal | 9586 |
| Zafar Iqbal Khan Muhammad | Paypal | 7626 |
| Zafar Iqbal Khan Muhammad | PayPal | 5125 |
| Zafar Iqbal Khan Muhammad | PayPal | 6835 |
| Zafar Iqbal Khan Muhammad | Paypal | 9643 |
| Zafar Iqbal Khan Muhammad | Paypal | 3422 |
| Zafar Iqbal Khan Muhammad | Paypal | 7987 |
| Zafar Iqbal Khan Muhammad | Paypal | 6097 |
| Zafar Iqbal Khan Muhammad | Paypal | 4029 |
| Zafar Iqbal Khan Muhammad | Paypal | 6753 |
| Zafar Iqbal Khan Muhammad | Paypal | 2370 |
| Zafar Iqbal Khan Muhammad | Paypal | 0436 |
| Zafar Iqbal Khan Muhammad | Paypal | 2896 |
| Eeman Maryam | Royal Bank Of Canada | 5525 |
| Eeman Maryam | Royal Bank of Canada | 5228 |
| Ashton Gio | Santander Bank | 7989 |
| Ashton Gio | Santander Bank | 8798 |
| Ashton Gio | Stride | 6137 |
| Ashton Gio | Stride | 1444 |
| Ashton Gio | Stride | 5466 |
| Agasi Nazaryan | Stripe | S9pE |
| Alecia Trammer | Stripe | yuGK |
| Alecia Trammer | Stripe | fwKL |
| Ashton Gio | Stripe | 0VUu |
| Ashton Gio | Stripe | 5oag |
| Ashton Gio | Stripe | QhCn |
| Eeman Maryam | Stripe | U8Lv |
| Eeman Maryam | Stripe | Uzhs |
| Group 1 | Stripe | rBvX |
| Group 2 | Stripe | rmkB |
| Group 2 | Stripe | nRDv |
| Group 2 | Stripe | ZgCs |
| Group 7 | Stripe | r3AG |
| Group 7 | Stripe | 3V2T |
| Group 8 | Stripe | BwmK |
| Omar Ayyadi | Stripe | 4j6j |
| Omar Ayyadi | Stripe | faWj |
| Omar Ayyadi | Stripe | jcvv |
| Omar Ayyadi | Stripe | fNLu |
| Omar Ayyadi | Stripe | U2WX |

**Amended Preliminary Injunction**

### Appendix B

| Defendant | Financial Institution | Redacted Account Number |
|---|---|---|
| Omar Ayyadi | Stripe | X2tK |
| Omar Ayyadi | Stripe | yR5O |
| Omar Ayyadi | Stripe | U7zu |
| Omar Ayyadi | Stripe | 1mzU |
| Omar Ayyadi | Stripe | SPhg |
| Omar Ayyadi | Stripe | gwXa |
| Omar Ayyadi | Stripe | zATR |
| Omar Ayyadi | Stripe | 5UkW |
| Omar Ayyadi | Stripe | y08o |
| Omar Ayyadi | Stripe | BTBF |
| Omar Ayyadi | Stripe | UTxO |
| Omar Ayyadi | Stripe | KapG |
| Omar Ayyadi | Stripe | k61F |
| Zafar Iqbal Khan Muhammad | Stripe | 3Z4g |
| Ashton Gio | Stripe | hmi5 |
| Ashton Gio | Stripe | 0oMu |
| Ashton Gio | Stripe | GtFz |
| El Mostafa El Bouchini-Idrissi | Stripe | AupL |
| Group 2 | Stripe | yVVP |
| Group 8 | Stripe | cjci |
| Alecia Trammer | Sutton Bank (Sutton OH) | 5597 |
| Eeman Maryam | Tangerine | 3327 |
| Ashton Gio | TD Bank | 8184 |
| Zafar Iqbal Khan Muhammad | Truist | 5786 |
| Zafar Iqbal Khan Muhammad | UMB, NA | 2151 |
| Group 4 | Union Bank Of India | 6120 |
| Group 1 | VIABUY | 2449 |
| Zafar Iqbal Khan Muhammad | VyStar Credit Union | 1643 |
| Group 7 | Wise | 9624 |
| Group 7 | Wise | 1924 |
| Group 8 | Wise | 1269 |
| Omar Ayyadi | Wise | 9821 |
| Group 2 | Wise Europe S.A | 4792 |
| Group 2 | Wise Europe S.A | 4792 |
| Omar Ayyadi | Wise Payments Limited London | 4026 |
| Omar Ayyadi | Wise Payments Limited London | 8500 |