# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCGRAW HILL LLC, BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., ELSEVIER INC., ELSEVIER B.V., MACMILLAN HOLDINGS, LLC, and PEARSON EDUCATION, INC., | Civil Action No. 23-cv-2798-LLS |
| Plaintiffs, | |
| v. | ~~[PROPOSED]~~ DEFAULT JUDGMENT, PERMANENT INJUNCTION, AND POST-JUDGMENT RELIEF ORDER    LL S |
| AGASI NAZARYAN, AHMED BOURFAD, ALECIA TRAMMER, ALEKSANDR BEZVERHNIY, ANKUSH GUPTA, ANTHONY DANISAN, ASHTON GIO, BOUBKER CHEMAA, BUI THI THUY VY, DANIEL MILLER, EEMAN MARYAM, EL MOSTAFA EL BOUCHINI-IDRISSI, FAHED QUTTAINAH, FATIMA BOUAICH, HIEN PHAM, HOSSAM AL DEEN, LUIS ESPINOZA BURGOS, MARIAM J.R. ALGHOUL, MARTIN JONATAN ESPINOZA BURGOS, MARWAN H. A. ABU ZAID, MARY GUZMAN, MARY STEVENSON, MILAD SHAYAN, MING ZANG CHEN, MOHAMMAD HAMDAN, OLEKSANDR BEZVERHNIY, OMAR AYYADI, PHUONG VIET NGO, RAHUL KUMARRAAM, ROSA ELENA DEL SOCORRO BURGOS ARRUNATEGUI, TRUONG THI HUONG, and ZAFAR IQBAL KHAN MUHAMMAD, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____ LLY FILED<br>DATE FILED: 4/13/24 |
| Defendants. | |

LOUIS L. STANTON, United States District Judge:

McGraw Hill LLC ("McGraw Hill"), Bedford, Freeman & Worth Publishing Group, LLC

d/b/a Macmillan Learning ("Macmillan Learning"), Cengage Learning, Inc. ("Cengage"), Elsevier

Inc. ("Elsevier"), and Pearson Education, Inc. ("Pearson") (collectively, the "Publishers") and

Elsevier B.V. and Macmillan Holdings, LLC ("Macmillan Holdings") (collectively, with the

Publishers, "Plaintiffs")[1] have moved for entry of a default judgment, permanent injunction, and post-judgment relief order ("Motion") against defendants Ahmed Bourfad, Alecia Trammer, Aleksandr Bezverhniy, Ankush Gupta, Anthony Danisan, Ashton Gio, Boubker Chemaa, Bui Thi Thuy Vy, Daniel Miller, El Mostafa El Bouchini-Idrissi, Fahed Quttainah, Fatima Bouaich, Hien Pham, Hossam Al Deen, Luis Espinoza Burgos, Mariam J.R. Alghoul, Martin Jonatan Espinoza Burgos, Marwan H. A. Abu Zaid, Mary Guzman, Mary Stevenson, Milad Shayan, Ming Zang Chen, Mohammad Hamdan, Oleksandr Bezverhniy, Omar Ayyadi, Phuong Viet Ngo, Rahul Kumarraam, Rosa Elena Del Socorro Burgos Arrunategui, Truong Thi Huong, and Zafar Iqbal Khan Muhammad, who are further identified through the additional domains and information set forth in Appendix A hereto (collectively, "Defendants").[2]  Plaintiffs so move the Court on the basis that Defendants, with no license or authorization, are unlawfully reproducing and distributing digital copies of the Publishers' copyrighted works, which include unauthorized counterfeit reproductions of the Trademark Plaintiffs' trademarks, on a massive scale in willful violation of the Copyright and Lanham Acts.

Plaintiffs initiated this action on April 4, 2023 against Doe Defendants. *See* Compl., ECF No. 14. At the same time that they filed the Complaint, Plaintiffs filed an *Ex Parte* Application for a Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction Should Not Issue, Expedited Discovery Order, and Alternate Service Order, which the Court granted on April 4, 2023 ("*Ex Parte* Order"). *See Ex Parte* Order, ECF No. 25. Pursuant to the *Ex Parte*

---

[1] Plaintiffs McGraw Hill LLC, Cengage Learning, Inc., Elsevier B.V., Macmillan Holdings, LLC, and Pearson Education, Inc. assert trademark infringement claims and are collectively referred to herein as the "Trademark Plaintiffs."

[2] This Motion does not pertain to Defendants Agasi Nazaryan and Eeman Maryam.  Plaintiffs reached settlement agreements with these defendants, and the Court entered Final Judgments and Permanent Injunctions against them (ECF Nos. 67, 78).

Order, Plaintiffs served the Doe Defendants by email with the original Complaint, Summons, *Ex Parte* Order, and their moving papers. *See* Decl. of Service, ECF No. 35. On May 2, 2023, the Court issued a Preliminary Injunction. *See* Prelim. Inj., ECF No. 28. On August 2, 2023, the Court issued an Amended Preliminary Injunction. *See* Am. Prelim. Inj., ECF No. 42. After conducting expedited discovery, Plaintiffs filed the Amended Complaint on August 8, 2023, naming Defendants. *See* Am. Compl., ECF No. 43-1. On August 14, 2023, Plaintiffs served the Amended Complaint and Summons on Defendants by email pursuant to the Court's August 2, 2023 Alternate Service Order (ECF No. 41), other than with respect to Defendants Trammer and Danisan, who were personally served on September 5 and 6, 2023 respectively. *See* Decl. of Service, ECF No. 48; Affids. of Service, ECF Nos. 49-50. Defendant Gio filed an Answer on August 17, 2023 but failed to defend in this case. *See* Answer, ECF No. 46; Declaration of Danae Tinelli in Support of Plaintiffs' Request for Entry of Default, ECF No. 72. No other Defendant filed an Answer or otherwise responded to the Complaint or the Amended Complaint.

On September 20 and 28, 2023 and December 6, 2023, the Clerk of Court issued Certificates of Default as to all Defendants. *See* Certificates of Default, ECF Nos. 53, 57, 75.

Having reviewed the Amended Complaint, Plaintiffs' filings in support of the Motion, and the entire record herein, the Court HEREBY FINDS that:

A.     The Publishers are leading educational publishers. The Publishers' publications include physical and digital textbooks, which are widely available in the United States marketplace to consumers for a fee. The Publishers also publish test banks and/or instructor solutions manuals ("ISMs") as supplemental materials to their textbooks that provide questions, answers, and solutions for professors' and instructors' use and comprise a key part of the educational process.

3

B. Defendants own, control, and/or operate websites through which they have infringed Plaintiffs' federally registered copyrights in Plaintiffs' textbooks, test banks, and/or ISMs and/or federally registered trademarks and/or service marks ("Infringing Sites"). Such currently known Infringing Sites are identified in Appendix A hereto. Appendix A also lists Defendants' names, "Group" numbers, if applicable, aliases, and email addresses identified by Plaintiffs through discovery. The Defendants within each Group in Groups 1 through 8, as identified in Appendix A, jointly operate their respective Infringing Sites and, therefore, are jointly and severally liable to Plaintiffs as set forth herein.

C. Defendants have been properly served in this action with the Complaint, the Amended Complaint, and the Summonses.

D. Because Defendants have not filed Answers, otherwise responded to the Complaint or the Amended Complaint, otherwise appeared in this action, or otherwise defended in this action, the Clerk of Court entered default against Defendants on September 20 and 28, 2023 and December 6, 2023.

E. The Court has personal jurisdiction over Defendants pursuant to N.Y. C.P.L.R. §§ 302(a)(1) and/or (3).

F. The Publishers own or exclusively control the rights in copyright in and to their respective federally registered copyrighted works or derivative works described in Appendix B hereto ("Plaintiffs' Authentic Works").

G. The Trademark Plaintiffs, who seek damages on default for trademark counterfeiting, are the owners and/or registrants, pursuant to 15 U.S.C. § 1127, of their respective federally registered trademarks and/or service described in Appendix B ("Marks").

4

H.     Defendants have willfully infringed the Publishers' copyrights in Plaintiffs' Authentic Works in connection with Defendants' knowing reproduction and/or distribution of unauthorized digital copies thereof. Defendants are liable for willful copyright infringement under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, and have caused Plaintiffs irreparable harm.

I.     Certain Defendants, as set forth in Appendix B, have willfully infringed the Trademark Plaintiffs' trademarks by knowingly using in commerce unauthorized, identical (or substantially indistinguishable) reproductions thereof in connection with the sale, offering for sale, distribution, and/or advertising of infringing copies of Authentic Works. Defendants are liable for willful trademark counterfeiting under the Lanham Act, 15 U.S.C. §§ 1114(1)(a) and 1127, and have caused Plaintiffs irreparable harm.

J.     Plaintiffs' have been irreparably harmed as a result of Defendants' unlawful conduct and will continue to be irreparably harmed should Defendants be allowed to continue operating the Infringing Sites.

K.     The balance of hardships and public interest weighs in favor of a permanent injunction including because Defendants will not be harmed by being prevented from engaging in infringement, and the public has an interest in the protection of intellectual property rights.

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 65(d), the Copyright Act, and the Lanham Act, that Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Permanent Injunction, are enjoined from directly or indirectly: (1) infringing any copyrighted work owned or exclusively controlled by any of the Publishers, or any parent, subsidiary, or affiliate of a Publisher, whether now in existence or later

5

created ("Publishers' Copyrighted Works")[3]; and (2) infringing any trademark of which any of the Trademark Plaintiffs, or any parent, subsidiary, or affiliate of a Trademark Plaintiff, is the registrant, whether now in existence or later created ("Trademark Plaintiffs' Marks").[4]

Without limiting the foregoing, IT IS FURTHER ORDERED that Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Order, are permanently enjoined from engaging in any of the following acts:

1) Copying, reproducing, manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, promoting, or otherwise exploiting any of the Publishers' Copyrighted Works without the Publishers' express written authorization; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

2) Copying, reproducing, using in connection with manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, or promoting goods or services, or otherwise using in commerce, the Trademark Plaintiffs' Marks without the Trademark Plaintiffs' express written authorization; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities; and

3) Using, hosting, operating, maintaining, creating, or registering any computer server, website, domain name, domain name server, cloud storage, e-commerce platform, online advertising service, search engine, social media platform, payment processing, or financial service to infringe or to enable, facilitate, permit, assist, solicit, encourage, or induce the infringement of the Publishers' Copyrighted Works or the Trademark Plaintiffs' Marks.

IT IS FURTHER ORDERED that, pursuant to 17 U.S.C. § 504(c) and 15 U.S.C. § 1117(c), Plaintiffs' request for statutory damages under the Copyright Act and the Lanham Act,

---

[3] With respect to Macmillan Learning only, the definition of "Publishers' Copyrighted Works" does not extend to its parents, subsidiaries, or affiliates, other than its immediate parent company, Macmillan Holdings.

[4] With respect to Macmillan Holdings only, the definition of Trademark Plaintiffs' Marks does not extend to its parents, subsidiaries, or affiliates, other than Macmillan Learning.

respectively, is granted, and Plaintiffs are awarded statutory damages as follows (and as further

detailed in Appendix B):

| Defendant/Defendant Group* | Copyright Damages | Trademark Damages | Total Damages for Defendant or Group |
|---|---|---|---|
| Group 1: Ahmed Bourfad, Fatima Bouaich, Mohammad Hamdan | $900,000 | $5,000,000 | $5,900,000 |
| Group 2: Aleksandr Bezverhniy, Oleksandr Bezverhniy | $750,000 | $4,000,000 | $4,750,000 |
| Group 3: Luis Espinoza Burgos, Martin Jonatan Espinoza Burgos, Rosa Elena Del Socorro Burgos Arrunategui | $300,000 | $2,000,000 | $2,300,000 |
| Group 4: Ankush Gupta, Rahul Kumarraam | $300,000 | $1,000,000 | $1,300,000 |
| Group 5: Daniel Miller, Mary Stevenson | $300,000 | $1,000,000 | $1,300,000 |
| Group 6: Bui Thi Thuy Vy, Hien Pham, Phuong Viet Ngo | $1,800,000 | $6,000,000 | $7,800,000 |
| Group 7: Boubker Chemaa, Mary Guzman | $300,000 | $2,000,000 | $2,300,000 |
| Group 8: Fahed Quttainah, Hossam al deen | $450,000 | $2,000,000 | $2,450,000 |
| Alecia Trammer | $1,200,000 | $1,000,000 | $2,200,000 |
| Anthony Danisan | $300,000 | $1,000,000 | $1,300,000 |
| Ashton Gio | $2,100,000 | $1,000,000 | $3,100,000 |
| El Mostafa El Bouchini-Idrissi | $150,000 | - | $150,000 |
| Mariam J.R. Alghoul | $450,000 | - | $450,000 |
| Marwan H. A. Abu Zaid | $150,000 | $1,000,000 | $1,150,000 |
| Milad Shayan | $150,000 | - | $150,000 |
| Ming Zang Chen | $150,000 | - | $150,000 |
| Omar Ayyadi | $300,000 | - | $300,000 |
| Truong Thi Huong | $150,000 | $1,000,000 | $1,150,000 |
| Zafar Iqbal Khan Muhammad | $150,000 | - | $150,000 |
| **TOTAL DAMAGES** | **$10,350,00** | **$28,000,000** | **$38,350,000** |

*Each Defendant within a Group is jointly and severally liable for the total damages

indicated with respect to such Group.

IT IS FURTHER ORDERED that the stay to enforce a judgment pursuant to Federal Rule

of Civil Procedure 62(a) is hereby dissolved, and Plaintiffs may immediately enforce the judgment

set forth herein.

IT IS FURTHER ORDERED that, pursuant to the Copyright Act, Federal Rules of Civil

Procedure 64, 65, and/or 69, and/or this Court's inherent equitable powers and its power to coerce

compliance with its lawful orders, Defendants and banks, payment processing companies, savings

and loan associations, credit card companies, credit card processing agencies, merchant acquiring

banks, and other companies or agencies that engage in the processing or transfer of money or other financial assets ("Financial Institutions") shall continue to cease transferring, withdrawing, or otherwise disposing of any money or other assets in currently restrained accounts holding or receiving money or other assets of Defendants' pursuant to the Amended Preliminary Injunction, including those accounts specified in Appendix C hereto ("Defendants' Accounts"), or allowing such money or other assets in Defendants' Accounts to be transferred, withdrawn, or otherwise disposed of, except as specified in this paragraph, until such time as the judgment set forth herein is satisfied with respect to the relevant Defendant(s). Further, Financial Institutions holding currently restrained money or other assets in Defendants' Accounts shall release such money or other assets to Plaintiffs in full or partial satisfaction of the damages set forth herein within thirty (30) days following actual notice of this Order, unless the relevant Defendant(s) has filed with the Court and served upon Plaintiffs' counsel a request that such money or other assets be excluded from release to Plaintiffs because they constitute income, benefits, or other funds that are exempt by law, including those described in N.Y. C.P.L.R. § 5222-a ("Exemption Request"). Additionally, in the event Plaintiffs discover money or other financial assets belonging to Defendants in any accounts that are not currently restrained, Plaintiffs may continue to serve this Order on Financial Institutions, together with the relevant information known to Plaintiffs identifying Defendants' accounts, and such Financial Institutions shall cease allowing Defendants' money or other assets in such accounts to be transferred, withdrawn, or otherwise disposed of and, within thirty (30) days following actual notice of this Order, shall release such money or other assets to Plaintiffs in full or partial satisfaction of the damages set forth herein, unless the relevant Defendant(s) has filed with the Court and served upon Plaintiffs' counsel an Exemption Request.

IT IS FURTHER ORDERED that, pursuant to the Copyright Act, Federal Rule of Civil

Procedure 65(d), and/or this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, within ten (10) business days following actual notice of this Order, the registries and/or the individual registrars of the domain names of all active Infringing Sites shall transfer such domain names to Plaintiffs' ownership and control, including, by changing the registrar of record to the registrar of Plaintiffs' choosing, or, at Plaintiffs' direction, release such domain names.

IT IS FURTHER ORDERED that, pursuant to the Copyright Act, Federal Rule of Civil Procedure 65(d), and/or the Court's inherent equitable powers and its power to coerce compliance with its lawful orders, and due to Defendants' ongoing operation of their infringing activities, in the event Plaintiffs identify any additional Infringing Sites registered to or operated by any Defendant and used in conjunction with the reproduction or distribution of works protected by Plaintiffs' Copyrights ("New Infringing Sites"), the registries and/or the individual registrars of such New Infringing Sites shall transfer the domain names thereof to Plaintiffs' ownership and control, including by changing the registrar of record to the registrar of Plaintiffs' choosing, or, at Plaintiffs' direction, release such domains, within ten (10) business days following actual notice of this Order and the receipt of information provided by Plaintiffs that demonstrates to the registries and/or the individual registrars that the domains constitute New Infringing Sites as described herein.

IT IS FURTHER ORDERED that Defendants shall deliver to Plaintiffs for destruction all electronic copies of the Publishers' copyrighted works, including but not limited to the Authentic Works, or derivative works thereof, that Defendants have in their possession, custody, or control, and all devices by means of which such copies have been created, pursuant to 17 U.S.C. § 503.

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to release the

9

$100,000 cash bond, posted in accordance with the *Ex Parte* Order, to Plaintiffs by sending it to their attorneys of record, Oppenheim + Zebrak, LLP, at 4530 Wisconsin Avenue, NW, 5th Floor, Washington, DC 20016.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Permanent Injunction.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter final judgment in favor of Plaintiffs.

DEFAULT JUDGMENT is hereby entered in favor of Plaintiffs against Ahmed Bourfad, Alecia Trammer, Aleksandr Bezverhniy, Ankush Gupta, Anthony Danisan, Ashton Gio, Boubker Chemaa, Bui Thi Thuy Vy, Daniel Miller, El Mostafa El Bouchini-Idrissi, Fahed Quttainah, Fatima Bouaich, Hien Pham, Hossam Al Deen, Luis Espinoza Burgos, Mariam J.R. Alghoul, Martin Jonatan Espinoza Burgos, Marwan H. A. Abu Zaid, Mary Guzman, Mary Stevenson, Milad Shayan, Ming Zang Chen, Mohammad Hamdan, Oleksandr Bezverhniy, Omar Ayyadi, Phuong Viet Ngo, Rahul Kumarraam, Rosa Elena Del Socorro Burgos Arrunategui, Truong Thi Huong, And Zafar Iqbal Khan Muhammad in the total amount of $38,350,000 plus post-judgment interest calculated at the rate set forth in 28 U.S.C. § 1961.

SO ORDERED this 18th day of __April__, 2024

_____
Louis L. Stanton
HON. LOUIS L. STANTON
United States District Judge

10

Appendix A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| 1 | Ahmed Bourfad<br>Fatima Bouaich<br>Mohammad Hamdan | fulltestbank.com<br>manual-solutions.com<br>testbankzone.net<br>testbankzone.shop | manual-solution.com<br>tbsmstore.com | (Tahir Rar) כרן ראיר<br>Abdallah Tayseer<br>Abdallahv Tayseer<br>AbdelRahman Hamdan<br>Abood Hamdan<br>Abood Hernana<br>ADS SOLUTIONS<br>Al-Hekmah Book Shop<br>Anis Ezzaquany<br>Azza Mahmoud<br>Bourid<br>Eloujani Med<br>Eloujani Mohamed<br>Fatima Bouuaich<br>field Al Khatib<br>Full Test Bank<br>Full Test bank Store<br>fulltestbank.com<br>Gail Darwin<br>Issam Naim<br>Kassilia Store<br>Manual Solutions<br>Marcus Van Daalen de Jel<br>meducool<br>Melina<br>Melina Catherina Van Der Werf<br>Melina d/b/a ZONE<br>Mohamed Eloujani<br>mohammed Elboudy<br>Mohammed Hamdan<br>Noran Store<br>Proseo service<br>PROSEOSERVI<br>Pundamalli Sharath<br>Rest Hostel<br>Roneem Website Services<br>Saad Mounadi<br>safwat hamdan<br>Terry Tara<br>Test Bank<br>Test Bank store<br>TestBank Zone<br>TestBanks: Manual Solutions<br>Testbankstore<br>testbankzone.net<br>Van Daalen<br>ZoneZone1414 | abdallahtayseer122@gmail.com<br>ah120100@gmail.com<br>annnis720@gmail.com<br>bourfad3891@gmail.com<br>bourfdd3892@gmail.com<br>campbel.dennis@aol.com<br>campbell.dennis@aol.com<br>elizabeth_altman@aol.com<br>eloujani@gmail.com<br>flalhaylis@gmail.com<br>flbouaich@gmail.com<br>fulltestbank@gmail.com<br>hamdan.mohammad17@gmail.com<br>hamdanmohammad1985@gmail.com<br>hsimo50@gmail.com<br>igor.burstyn@yahoo.com<br>Issam360@protonmail.com<br>JoksonyHoksony5@gmail.com<br>kassiliastore@gmail.com<br>Krish-Neale@bigoffre.com<br>meducool@gmail.com<br>misstofree@hourail.com<br>mohammad-m2007@hotmail.com<br>noranstore2020@gmail.com<br>pundamalli.sharath@gmail.com<br>request.testbank@gmail.com<br>saad011@mail.com<br>sales@testbankzone.shop<br>strategielife@gmail.com<br>Sukhmani-Farrington@bigoffre.com<br>sweetlove.dream@yahoo.com<br>testbankrequests@gmail.com<br>testbankzone2020@gmail.com<br>vandaleen.marcus@gmail.com<br>zm9877@gmail.com |
| 2 | Aleksandr Bezverhniy<br>Olcksandr Bezverhniy | gradexam.com<br>primexam.com<br>studentmagic.indiemade.com | examrankers.com<br>gradecxam.com<br>studentmagic.indie-made.com | Alexs Bezy<br>Bezverkhniij Oleksandr<br>Ceyhun Ismayilov<br>Dheeraj Kumar<br>Dibrov Valdislav Sergeevich<br>Dinh Thi Thuy<br>Grade Exam<br>GRADEXAM<br>Gradexam b/b/a digitone<br>Heydar Abdullayev<br>Kip Fatime<br>Kseniia Portianova<br>Numerical Universe<br>Oleksandr Bezverkhnii<br>OLEKSANDR SUSLOV<br>Prime Exam<br>primexam<br>primexam.com<br>QUACH THANH THANH<br>STUDENTMAG<br>THANH THANH QUACH<br>THI DIU QUACH<br>TufTop<br>Vladyslav Dibrova | dangductri84905@gmail.com<br>dheeraj6001@gmail.com<br>dibrovvlad@gmail.com<br>help.gradexam@gmail.com<br>help.primesolutions@gmail.com<br>industrialist.bloom@gmail.com<br>kseniia.portianova1997@gmail.com<br>nhamvananh39615@gmail.com<br>nurse.primexam@gmail.com<br>oleksandrbezverk@gmail.com<br>sanyaslovo@gmail.com<br>sasha.bezverhnij@gmail.com<br>trieusansan35262@gmail.com<br>vladyslay.dibrova@gmail.com |
| 3 | Luis Espinoza Burgos<br>Martin Jonatan Espinoza Burgos<br>Rosa Elena Del Socorro Burgos Arrunategui | solutions-study321.com<br>solutionstobooks.com | academic-resources | academic.resources<br>John Campbell<br>Martin Espinoza Burgos<br>Martini Espinoza Burgos<br>Student Resources<br>Student Resoures<br>The Solutions Manual | academic.resources569@outlook.com<br>admin@solutionsguidesppl.com<br>admin@solutionstobooks.com<br>delivery@solutionstobooks.com<br>firt_kaz@yahoo.com<br>helpstudents678@outlook.com<br>m.espinozab@hotmail.com<br>mbxsolman@gmail.com<br>payments@solutionstobooks.com<br>sales@solutionsguidesppl.com<br>sales@solutionstobooks.com<br>sols.to.books@outlook.com<br>students.resources489@outlook.com<br>studyguides123@gmail.com<br>support@solutions-guides.com<br>support@solutionstobooks.com<br>zen383@yahoo.com |

*McGraw Hill LLC et al. v. Nazaryan et al.*<br>23-cv-2798-LLS (S.D.N.Y.)

Page 1 of 4

Appendix A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| 4 | Ankush Gupta<br>Rahul Kumarraam | tb4class.com | testbanks4u.com | A2Media<br>Advert Pacific<br>AKANSHA KESARWANI<br>BPM<br>Cagtay Erdenet<br>Eahul<br>Mah S<br>Mayank Arora<br>Rahul<br>RANKKKING<br>Sapna Pandey<br>Zeeshan Khan | akansha@blockchainpress.media<br>akanshak95@icloud.com<br>buy_tb_sm@yahoo.com<br>decoredesire2906@gmail.com<br>hi@advertpacific.com<br>hi@thebeautifulvibes.com<br>hiring@advertpacific.com<br>info@tb4class.com<br>info@testbanks4u.com<br>kumarraamrahul@gmail.com<br>salmanwork0987@gmail.com<br>tanveerk0956@gmail.com<br>testbank4u.com@gmail.com<br>zeeshokhan956@gmail.com |
| 5 | Daniel Miller<br>Mary Stevenson | testbankans.com<br>testbankaplus.com | testbank777.com | Daniel Jones<br>DanSIG Service<br>Jason Teven<br>Kelly Maxfield<br>Lia Coen<br>Mary Hoyle<br>testbankans.com<br>testbankaplus.com<br>TopHomeWork<br>TopHomeWrok | admin@testbank777.com<br>billing@testbank777.com<br>danieljonesteam@hotmail.com<br>danielmiller1989@hotmail.com<br>DanielMillerService2021@gmail.com<br>hostdomaininvoice@gmail.com<br>jasonteven@hotmail.com<br>kellytestbank@gmail.com<br>owner@testbank777.com<br>paypalage@yahoo.ca<br>sales@testbank777.com<br>sales@testbankans.com<br>sales@testbankaplus.com<br>tech@testbank777.com<br>testbankfinder2018@gmail.com |
| 6 | Bui Thi Thuy Vy<br>Hien Pham<br>Phuong Viet Ngo | livetestbank.com<br>taketestbank.com<br>testbankall.com<br>testbankbook.com<br>testbankone.com<br>testbanksafe.com<br>testbankrust.com | GOODTESTBANK.COM<br>MRTESTBANK.COM<br>TESTBANKBOX.COM<br>TESTBANKHD.COM | Anh Dieu Ngo<br>Cao Thi Ngoc Diep<br>DUONG ANH QUOC<br>Huong Nguyen<br>La Quai<br>Linh Nguyen<br>livetestbank<br>Livetestbank.com<br>Nick Gabriella<br>Phuong Ngo<br>Phuong Tran<br>Quan Dinh<br>QUOC ANH DUONG<br>TBforStudents<br>TBSAFE<br>TESTBANK SM<br>TestBank-SM<br>testbankall.com<br>testbankbook.com<br>testbankone.com<br>TestbankTrust<br>Tia Renan<br>Tien Do | admin@testbankhd.com<br>buithithuyvy39@gmail.com<br>caithingocdiep98@gmail.com<br>Catsphwhite@gmail.com<br>inquiry@testbanksafe.com<br>kataeburo@gmail.com<br>lap154330u@gmail.com<br>lquai740@gmail.com<br>lquai7401@addmot.com<br>order@testbankwin.com<br>support@Livetestbank.com<br>support@taketestbank.com<br>Support@testbankblock.com<br>support@testbankbook.com<br>support@testbankone.com<br>Support@testbankrust.com<br>testbankone123@gmail.com<br>testbankrush.com@gmail.com<br>testbanksolution127u@gmail.com<br>testbanksolution942@gmail.com<br>tranthiphuong2112@gmail.com |
| 7 | Boubker Chemaa<br>Mary Guzman | nursematerials.com<br>nursylab.com | epronurse.com<br>nursexams.com<br>nursylab.net<br>nursylab.org<br>prepnurse.com<br>testbanknursing.com | Ada Hickman<br>Ashley Nurse<br>boxmito<br>Charaf Eddine<br>Hickman<br>Karen Becon<br>Mari Odom<br>Naima Kokab<br>NURSEMATERIALS<br>Nursematerials LLC<br>NURSEXAMS<br>NURSYLAB<br>Nursylab Inc<br>Odom<br>Prepnurse<br>Priscilla Burke | 4c3d780c4b69477685b8fe2278af0034.prot<br>ect@withheldforprivacy.com<br>adamuetgrady@hotmail.com<br>boubkerchemaa@yahoo.com<br>brownclint67@gmail.com<br>eddinecharaf32@gmail.com<br>forestucorns@hotmail.com<br>GregoryHathaway4124@yahoo.com<br>isaacsdwu06@gmail.com<br>KeithOtero76@hotmail.com<br>kresvero40@gmail.com<br>kuphalegg89@gmail.com<br>lakitalraguirre@gmail.com<br>marigarne22@outlook.com<br>MollettGoolsby43@gmail.com<br>obediahtsakalis4@gmail.com<br>patriciagarr120@outlook.com<br>payments@nursylab.com<br>powlowskileonila571@gmail.com<br>rasheedakanne@gmail.com<br>ricardoallex74@hotmail.com<br>rosettegory@gmail.com<br>sales@nursylab.com<br>support@nursylab.com<br>support@prepnurse.com<br>urawlston18@outlook.com<br>williamfilio72@hotmail.com<br>wordpress@nursylab.com |
| 8 | Fahed Quttainah<br>Hossam al doen | slystudent.com | gradespush.com<br>nursingking.com | Hasan Alhalabi<br>Hossam Alzyod<br>JoTrade<br>Laila Jonathan<br>Nursing King, Inc.<br>Ravan Shajahey<br>Rawan Qutt | grades788@gmail.com<br>h0780776868@gmail.com<br>INFO@SLYSTUDENT.COM<br>mr.fahedq@gmail.com<br>ravsbills@gmail.com<br>slystudent2022@gmail.com |

Appendix A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Says Digital LTD<br>Sly Student | |
| Doe 3 | Alecia Trammer | digitalmarket.shop | | Ahmed Omar<br>Ahmed Yasser<br>Alecia Trammer<br>Devin Velez<br>Digital Market<br>Digital Market Group<br>Digital Market Shop<br>DigitalMarket<br>DIGITALMARKET.SHOP<br>Evgeny Stern<br>Oran Ozinci<br>Tami Riley<br>wholebeautystore | bmwdevin21@gmail.com<br>digitalmarketgroup@outlook.com<br>etestbanks1@gmail.com<br>evgenys@fresh.store<br>info@digitalmarketgroup.net<br>lord.ahmed87@rocketmail.com<br>pinks42678kumari@gmail.com<br>realahmed8@hotmail.com<br>translationagencies2020@gmail.com |
| Doe 14 | Anthony Danisan | nursingmastery.io | | Anthony Stephan Danisan<br>Fabrics of Faith, LLC<br>Giulienne Longo<br>TESTBANKFIND<br>XTOLIA INC | anthony@xtolia.com<br>contact@thefabricsoffaith.com<br>donnamadison@pm.me<br>lopezmaria89@yandex.com<br>nursingeducationPDF@pm.me<br>testbankfinder@pm.me<br>testbankfinder@r1m.me |
| Doe 1 | Ashton Gio | btestbanks.com | btestbanhghgks.com<br>prepthenurse.com | 1337 Services LLC<br>Ahton Gior<br>ashton Galapher<br>Aston Gior<br>B Test Banks Mailer<br>B TestBanks Inc.<br>BBank Inc<br>BBank Inc d/b/a btestbanks.com<br>btestbanks<br>Elisabeth Arnold<br>Host Master<br>Mastongue<br>Mastongue d/b/a WWW.BTESTBANKS.CO<br>Prep the Nurse<br>Reyansh | agio@bassaba.com<br>altanmikasss@gmail.com<br>ashton@workmail.com<br>ashtongio@protonmail.com<br>ashtongiob@gmail.com<br>ASHTONGIOBS@GMAIL.COM<br>asongalla28@gmail.com<br>btestbanks95@gmail.com<br>georgegio@live.com<br>ggiorgad@email.essex.edu<br>gioa@kean.edu<br>mailerbtestbanks@gmail.com<br>sebastock95@gmail.com<br>whois+prepthenurse.com@njal.la |
| Doe 13 | El Mostafa El Bouchini-Idrissi | nursingdoc.com | doctb.com<br>jolieroll.com<br>testbankdocu.com | damo916<br>EL BOUCHINI-IDRISSI EL MOSTAFA<br>elidrissi mus<br>Green Lameasha<br>Haidat Aicha<br>KAMNATH LLC<br>Mstafa Idrissi<br>Mus feed<br>Mustafa Idrissi<br>Nursing Doc<br>nursingdoc.com<br>Terry Reeves<br>Youness Bensate<br>El Mostafa Idrissi | A.brayden93@hotmail.com<br>admin@nursingdoc.com<br>Alicia2oceguera@hotmail.com<br>bouchini.elmostafa@gmail.com<br>Cynthia.pelkey88@protonmail.com<br>damo916@live.fr<br>Delia.toomey99@outlook.com<br>Gemma01cortes@hotmail.com<br>greenlameasha980@gmail.com<br>Hoeju01Kim@outlook.com<br>HoodJessica09@outlook.com<br>jedylaverit@outlook.com<br>Jessicasargent93@hotmail.com<br>joujouamira39@gmail.com<br>Julian.mor97@outlook.com<br>Kelwalter@hotmail.com<br>Kevin1bacon@outlook.com<br>Kira1Cajigas@hotmail.com<br>L.Buono1478@outlook.com<br>Leonardo0torres@hotmail.com<br>m.elidrissi73@gmail.com<br>Moran0kane@hotmail.com<br>mryounessbensate@gmail.com<br>mryounessbensate1@gmail.com<br>musid73@gmail.com<br>musid73@outlook.com<br>musid73@yahoo.com<br>nick.turn96@outlook.com<br>Paradedaily@gmail.com<br>Rutaiba.al.S1995@outlook.com<br>S.elbouchini68@gmail.com<br>Samira.choubakkya@outlook.com<br>Sandygordon92@outlook.com<br>Stephanie0maharaj@outlook.com<br>Terryreeves@outlook.com<br>Timbo.L@outlook.com<br>Wendy93abundes@outlook.com<br>Zachary8taylor@outlook.com |
| Doe 9 | Mariam J.R. Alghoul | myshop.4studentbook.com | 4studentbook.com<br>4studentbook.store | 4StudentBook<br>4StudentBookStore<br>Ashraf Al-Saqqa<br>ashrafzs<br>Belal Jaser<br>Code Expert<br>Julie Bel<br>Mariam<br>Safaa Radi<br>Sfaa Radi | 4beststudent@gmail.com<br>4studentbook@gmail.com<br>ashraf.eb@hotmail.com<br>belaljaser2018@gmail.com<br>belaljaser2019@gmail.com<br>juliebel20@outlook.com<br>JulieBel2017@gmail.com<br>juliebel2018@outlook.com<br>juliebel2020@outlook.com<br>Juliebel2021@gmail.com<br>m1alghoul@gmail.com<br>malghoul18@gmail.com |

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | | proj100@hotmail.com<br>proj20@hotmail.com<br>m.rofaida@hotmail.com<br>TestBanStore2020@gmail.com |
| Doe 12 | Marwan H. A. Abu Zaid | nursestest.com | nursinglab.online<br>testbankfree.com | Alburg Marketing Services<br>ALBURGMARKE NURSES TEST<br>fares abuzaid<br>Marwan Abuzaid<br>Marwan H A Abu Zaid<br>maz88<br>Nurses Test<br>Toby Kira | abuzaid.marwan88@gmail.com<br>dignworldx@gmail.com<br>gamingdropshipstore@gmail.com<br>info@nursestest.com<br>marabuzaid988@gmail.com<br>mezz10101@gmail.com<br>payment@nursestest.com<br>ppinvoices2020@gmail.com<br>storedigi22@gmail.com |
| Doe 19 | Milad Shayan | solutionmanual.store<br>solutionmanual.site | book4me.xyz<br>ebooky.ir<br>ebookyab.com<br>ebookyab.net<br>file4sell.com | Download Solution Manual and Test Bank<br>physicsbook<br>Solution Manual Test Bank<br>Solution9159 | admin@solutionmanual.site<br>ebookyab.com@gmail.com<br>smb98@gmail.com<br>solution9159@gmail.com |
| Doe 2 | Ming Zang Chen | cmz91.com | ebooks2022.com | EBOOKSELLER<br>明藏 陈 (Ming Zang Chen) | 965074539@qq.com<br>a965074539@163.com |
| Doe 10 | Omar Ayyadi | nafassy.com | bookslibra.us<br>nafassy.net<br>nursybook.com<br>nursybook.net | Ayyadi Omar<br>FRAGART<br>FRAGART LLC<br>FRAGARTBOOKS<br>FragartShop<br>Krystal Cwalker<br>Levi Finn<br>LOLYFUN<br>MACWOWStore<br>MalviEbook<br>MILVRAS<br>Nafassy<br>PINTURACITY<br>SMART HOPE LTD<br>SMART HOPE LTD d/b/a Library NF<br>SmartHope<br>STOREBooks<br>tangerfes007<br>TATATODAY<br>TeGifts LLC<br>TOYSBEBESTORE<br>travailomar | contact@nafassy.com<br>contact@nafassy.net<br>crownstorenow@outlook.com<br>lalaisrae@gmail.com<br>milvras.store@gmail.com<br>toysbabeastore@outlook.com<br>worksuccessok@gmail.com |
| Doe 32 | Truong Thi Huong | testbankshop.cc | · | EB1900 GROUP<br>Opal Kipp<br>TBT LLC<br>Thoa Tran<br>Tran Thoa Thi | support@testbankshop.cc<br>testbanksolution729@gmail.com<br>tranthithao091990@gmail.com |
| Doe 17 | Zafar Iqbal Khan Muhammad | selldocshero.com | | Aamir Sohail<br>Ameer Hamza<br>Brittany Kemp<br>CHRISTOPHER CANTREL<br>David Wingard<br>DeByte<br>Denise Dortch<br>DTBS INC<br>Felipe Orendain<br>Frances Harrison<br>FrancesGaming<br>Joelle Mills<br>Juan D Perez<br>Kimberly Ray<br>LISA JAMES<br>Marcia Brauer<br>Muhammad Qasim<br>Omar Tain<br>Paul Disantis<br>HAMZASTU023<br>Richard Jacobo<br>Sell Docshero<br>Services LLC<br>Summer Lossett<br>Syed Atif Raza<br>T Mcqs<br>Zafar Iqbal | aamirsohaillofficiall@gmail.com<br>alejandra889fm@gmail.com<br>ap01667744+4@gmail.com<br>august755ames@gmail.com<br>ckkcceygrikr@workingtall.com<br>denised922@comcast.com<br>denised922@comcast.net<br>denisedortch@comcast.net<br>digitalbanksolutionmanuals@gmail.com<br>DorcasGalleglyoxq51@gmail.com<br>fhvgsk@knowledgemd.com<br>fidenciaayon@gmail.com<br>gnocchiafunghi@gmail.com<br>hamza_Stu023@yahoo.com<br>hthj18818@gmail.com<br>kakasososojshsjs8@gmail.com<br>karolynmorchlco44@gmail.com<br>kiltsolvp@gmail.com<br>mahzaadarshn@gmail.com<br>marklown22@gmail.com<br>Noca54Rivera@gmail.com<br>omartain23@gmail.com<br>orenom325@gmail.com<br>pbg76410@gmail.com<br>PERIUOMAR@YAHOO.COM<br>quentinrakockfq38@gmail.com<br>sakuraloveharuno@omtecha.com<br>selldocshero@gmail.com<br>tillieatkissonyvr88@gmail.com<br>tmxcqs@gmail.com<br>wastonjoy56548@gmail.com<br>zafar7183@gmail.com<br>zajkzaicka@masjoco.com |

| Defendant/Group | Plaintiff | Title | Infringed Work Copyright Registration Number | No. of Copyrighted Works Infringed | Copyright Damages | Trademarks Infringed | Trademark Registrations | No. of Trademarks Infringed | Trademark Damages | Total Damages for Defendant or Group |
|---|---|---|---|---|---|---|---|---|---|---|
| Group 1 | Cengage | Cengage Testing, powered by Cognero for Mowen/Hansen/Heitger's Managerial Accounting: The Cornerstone of Business Decision-Making 8e. | TX0009170816 | 1 | $150,000 | | | | | |
| Group 1 | Elsevier | Medical-Surgical Nursing Eighth Edition TEST BANK | TX0007877879 | 1 | $150,000 | | | | | |
| Group 1 | McGraw Hill | Testbank to accompany Law, Business, and Society, 13th Edition | TX0008961102 | 1 | $150,000 | | | | | |
| Group 1 | Pearson | Auditing and Assurance Services Test Bank, 16/E | TX0008342373 | 1 | $150,000 | | | | | |
| Group 1 | Pearson | Test Bank for Foundations of Macroeconomics, 9th Edition | TX0008914685 | 1 | $150,000 | | | | | |
| Group 1 | Pearson | Test Bank for Statistics for Managers Using Microsoft Excel, 9th Edition | TX0008914747 | 1 | $150,000 | | | | | |
| Group 1 | Cengage | Test Bank for South-Western Federal Taxation 2021: Corporations, Partnerships, Estates and Trusts, 44th Ed. | | | | Cengage  South-Western | 3,603,349 3,790,579 3,493,849 | 3 | $3,000,000 | |
| Group 1 | Elsevier/Elsevier B.V. | Test Bank For Medical-Surgical Nursing: Assessment And Management Of Clinical Problems, 8th Edition | | | | Elsevier | 4,181,271 | 1 | $1,000,000 | |
| Group 1 | McGraw Hill | Test Bank for Law, Business, and Society, 13th Ed | | | | Mc Graw Hill | 4,664,267 | 1 | $1,000,000 | |
| **TOTAL for Group 1: Ahmed Bourfad, Fatima Bouaich, Mohammad Hamdan** | | | | **6** | **$900,000** | | | **5** | **$5,000,000** | **$5,900,000** |
| Group 2 | Cengage | Cengage Testing, powered by Cognero® for Mash/Wolfe's Abnormal Child Psychology 7E | TX0008544051 | 1 | $150,000 | | | | | |
| Group 2 | Cengage | Cengage Testing, powered by Cognero® for Nellen/Cuccia/Persellin/Young/Maloney's South-Western Federal Taxation 2021: Essentials of Taxation: Individuals and Business Entities | TX0008880809 | 1 | $150,000 | | | | | |
| Group 2 | Elsevier/Elsevier B.V. | Clinical Nursing Skills & Techniques 8E Test Bank | TX0007895551 | | | Elsevier | 4,181,271 | 1 | $1,000,000 | |
| Group 2 | Macmillan Learning | Comer Fundamentals of Abnormal Psychology 8E Downloadable Test Bank | TX0008667829 | 1 | $150,000 | | | | | |
| Group 2 | Macmillan Learning | Morris Biology How Life Works 2E Downloadable Test Bank | TX0008653116 | 1 | $150,000 | | | | | |
| Group 2 | McGraw Hill | Testbank to accompany Project Management: The Managerial Process, 8e | TX0008910256 | 1 | $150,000 | | | | | |
| Group 2 | Cengage | Essentials of Taxation, 24th Ed Test Bank | | | | Cengage  South-Western | 3,603,349 3,790,579 3,493,849 | 3 | $3,000,000 | |
| **TOTAL for Group 2: Aleksandr Bezverhniy, Oleksandr Bezverhniy** | | | | **5** | **$750,000** | | | **4** | **$4,000,000** | **$4,750,000** |
| Group 3 | McGraw Hill | Testbank to accompany Advanced Accounting, 14e | TX0008940298 | 1 | $150,000 | | | | | |
| Group 3 | Pearson | Instructor's Solutions Manual for Horngren's Cost Accounting, 17th Edition | TX0008906844 | 1 | $150,000 | | | | | |
| Group 3 | Cengage | Solutions Manual Intermediate Financial Management, 13th Ed | | | | Cengage | 3,603,349 3,790,579 | 2 | $2,000,000 | |
| **TOTAL for Group 3: Luis Espinoza Burgos, Martin Jonatan Espinoza Burgos, Rosa Elena Del Socorro Burgos Arrunategui** | | | | **2** | **$300,000** | | | **2** | **$2,000,000** | **$2,300,000** |
| Group 4 | Macmillan Learning | Comer Fundamentals of Abnormal Psychology 8E Downloadable Test Bank | TX0008667829 | 1 | $150,000 | | | | | |
| Group 4 | McGraw Hill | TEST BANK TO ACCOMPANY, A TOPICAL APPROACH TO LIFE-SPAN DEVELOPEMNT, BY JOHN W. SANTROCK AND PAMELA SCHUETZE | TX0005461643 | 1 | $150,000 | | | | | |
| Group 4 | Elsevier/Elsevier B.V. | Pharmacology for the Primary Care Provider Fourth Edition TEST BANK | | | | Elsevier | 4,181,271 | 1 | $1,000,000 | |

Appendix B

| Defendant/Group | Plaintiff | Title | Infringed Work Copyright Registration Number | No. of Copyrighted Works Infringed | Copyright Damages | Trademarks Infringed | Trademark Registrations | No. of Trademarks Infringed | Trademark Damages | Total Damages for Defendant or Group |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL for Group 4: Ankush Gupta, Rahul Kumarraam | | | | 2 | $300,000 | | | 1 | $1,000,000 | $1,300,000 |
| Group 5 | McGraw Hill | Test Bank to accompany Managerial Accounting, 17th Edition | TX0008933336 | 1 | $150,000 | | | | | |
| Group 5 | McGraw Hill | Testbank to accompany Managing Organizational Change: A Multiple Perspectives Approach 4th edition | TX0008988952 | 1 | $150,000 | | | | | |
| Group 5 | Elsevier/Elsevier B.V. | The Language of Medicine, 10th Ed TEST BANK | | | | Elsevier | 4,181,271 | 1 | $1,000,000 | |
| TOTAL for Group 5: Daniel Miller, Mary Stevenson | | | | 2 | $300,000 | | | 1 | $1,000,000 | $1,300,000 |
| Group 6 | Cengage | Cengage Testing, powered by Cognero for Green's 3-2-1 Code It!, 8e. | TX0008859254 | | | Cengage | 3,603,349 / 3,790,579 | 2 | $2,000,000 | |
| Group 6 | Cengage | Cengage Testing, powered by Cognero® for Mankiw's Principles of Economics | TX0008866889 | | | Elsevier | 4,181,271 | 1 | $1,000,000 | |
| Group 6 | Elsevier | Contemporary Nursing 6E Test Bank | TX0007880093 | 1 | $150,000 | | | | | |
| Group 6 | Elsevier | Basic Geriatric Nursing Fifth Edition TEST BANK | TX0007897455 | 1 | $150,000 | | | | | |
| Group 6 | Macmillan Learning | Hockenbury Discovering Pscyhology 7E Downloadable Test Bank | TX0008653118 | 1 | $150,000 | | | | | |
| Group 6 | Macmillan Learning | Hockenbury Discovering Psychology 8E Downloadable Test Bank | TX0008875897 | 1 | $150,000 | | | | | |
| Group 6 | McGraw Hill | Testbank to accompany Advanced Accounting, 14e | TX0008940298 | 1 | $150,000 | Mc Graw Hill | 4,664,267 | 1 | $1,000,000 | |
| Group 6 | McGraw Hill | Testbank to accompany Computer Accounting with Quickbooks Online, 2e | TX0008925503 | | | Connect | 5,263,471 | 1 | $1,000,000 | |
| Group 6 | McGraw Hill | Testbank to accompany Essentials of Medical Language, 4e | TX0008929469 | 1 | $150,000 | | | | | |
| Group 6 | McGraw Hill | Testbank to accompany Human Anatomy, 6e | TX0008922843 | 1 | $150,000 | | | | | |
| Group 6 | McGraw Hill | Testbank to accompany M: Marketing, 7e | TX0008922973 | 1 | $150,000 | | | | | |
| Group 6 | McGraw Hill | Testbank to accompany Operations and Supply Chain Management, 16e | TX0008903643 | 1 | $150,000 | | | | | |
| Group 6 | McGraw Hill | Testbank to accompany The Legal Environment of Business: A Managerial Approach: Theory to Practice, 4e | TX0008929248 | 1 | $150,000 | | | | | |
| Group 6 | McGraw Hill | Testbank to accompany: Microbiology Systems Approach, 6th Edition | TX0008921347 | 1 | $150,000 | | | | | |
| Group 6 | Pearson | Accounting Information Systems Instructor's Solutions Manual, 13/E | TX0008220032 | 1 | $150,000 | | | | | |
| Group 6 | Pearson | Test Bank for Business Analytics, 3rd Edition | TX0008875919 | 1 | $150,000 | | | | | |
| Group 6 | Pearson | Test Bank for Introductory Statistics, MyLab Revision, 10th Ed | | | | MYLAB | 5,372,429 | 1 | $1,000,000 | |
| TOTAL for Group 6: Bui Thi Thuy Vy, Hien Pham, Phuong Viet Ngo | | | | 12 | $1,800,000 | | | 6 | $6,000,000 | $7,800,000 |
| Group 7 | Elsevier | Clinical Nursing Skills & Techniques 8E Test Bank | TX0007895551 | 1 | $150,000 | | | | | |
| Group 7 | Elsevier/Elsevier B.V. | Pharmacology for the Primary Care Provider Fourth Edition TEST BANK | TX0007880212 | | | Elsevier | 4,181,271 | 1 | $1,000,000 | |
| Group 7 | Macmillan Learning | Ziegler How Children Develop 5E Downloadable Test Bank | TX0008665942 | 1 | $150,000 | | | | | |
| Group 7 | Macmillan Learning/Macmillan Holdings | Abnormal Psychology 11th Ed Test Bank | | | | Macmillan Learning | 5,599,332 | 1 | $1,000,000 | |
| TOTAL for Group 7: Boubker Chemaa, Mary Guzman | | | | 2 | $300,000 | | | 2 | $2,000,000 | $2,300,000 |
| Group 8 | Cengage | Cengage Testing, powered by Cognero® for Warren/Jones' Corporate Financial Accounting | TX0008957803 | 1 | $150,000 | | | | | |
| Group 8 | Macmillan Learning/Macmillan Holdings | Nelson Lehninger, Principles of Biochemistry 8e Downloadable Test Bank. | TX0009078392 | | | Macmillan Learning | 5,599,332 | 1 | $1,000,000 | |
| Group 8 | McGraw Hill | Testbank to accompany Accounting for Governmental & Nonprofit Entities, 19th Edition | TX0009014352 | | | Mc Graw Hill | 4,664,267 | 1 | $1,000,000 | |
| Group 8 | Pearson | Campbell Biology: Concepts and Connections Test Bank, 8/E. | TX0008309602 | 1 | $150,000 | | | | | |
| Group 8 | Pearson | Test Bank for Managerial Accounting, 6th Edition | TX0008948697 | 1 | $150,000 | | | | | |
| TOTAL for Group 8: Fahed Quttainah, Hossam al deen | | | | 3 | $450,000 | | | 2 | $2,000,000 | $2,450,000 |

Appendix B

| Defendant/Group | Plaintiff | Title | Infringed Work Copyright Registration Number | No. of Copyrighted Works Infringed | Copyright Damages | Trademark(s) Infringed | Trademark Registrations | No. of Trademarks Infringed | Trademark Damages | Total Damages for Defendant or Group |
|---|---|---|---|---|---|---|---|---|---|---|
| Alecia Trammer | Macmillan Learning | Berger Developing Person Through the Life Span 10E Downloadable Test Bank | TX0008653124 | 1 | $150,000 | | | | | |
| Alecia Trammer | McGraw Hill | Testbank to accompany: Microbiology Systems Approach, 6th Edition . | TX0008921347 | 1 | $150,000 | | | | | |
| Alecia Trammer | Pearson | Advanced Accounting Test Bank, 12/E. | TX0008209674 | 1 | $150,000 | | | | | |
| Alecia Trammer | Pearson | Auditing and Assurance Services, Test Bank, 16/E | TX0008342373 | 1 | $150,000 | | | | | |
| Alecia Trammer | Pearson | Business in Action Test Bank, 8/E | TX0008353420 | 1 | $150,000 | | | | | |
| Alecia Trammer | Pearson | Personal Finance, 6/e Test Bank | TX0008354831 | 1 | $150,000 | | | | | |
| Alecia Trammer | Pearson | QuickBooks Online Plus: A Complete Course 2016, 1/e Test Bank | TX0008354485 | 1 | $150,000 | | | | | |
| Alecia Trammer | Pearson | Test Bank for Business Analytics, 3rd Edition | TX0008875919 | 1 | $150,000 | | | | | |
| Alecia Trammer | Elsevier/Elsevier B.V. | Test Bank for Fundamentals of Nursing (9th Edition) | | | | Elsevier | 4,181,271 | 1 | $1,000,000 | |
| **TOTAL for Alecia Trammer** | | | | 8 | $1,200,000 | | | 1 | $1,000,000 | $2,200,000 |
| Anthony Danisan | Cengage | Cengage Testing, powered by Cognero for Rolfes/Pinna/Whitney's Understanding Normal and Clinical Nutrition, 12e. | TX0008881098 | 1 | $150,000 | | | | | |
| Anthony Danisan | Macmillan Learning | Comer Fundamentals of Abnormal Psychology 8E Downloadable Test Bank | TX0008667829 | 1 | $150,000 | | | | | |
| Anthony Danisan | Macmillan Learning/ Macmillan Holdings | Abnormal Psychology 11th Ed Test Bank | | | | Macmillan Learning | 5,599,332 | 1 | $1,000,000 | |
| **TOTAL for Anthony Danisan** | | | | 2 | $300,000 | | | 1 | $1,000,000 | $1,300,000 |
| Ashton Gio | Elsevier | Adult Health Nursing Sixth Edition TEST BANK | TX0007880099 | 1 | $150,000 | | | | | |
| Ashton Gio | Elsevier | Basic Geriatric Nursing Fifth Edition TEST BANK | TX0007897455 | 1 | $150,000 | | | | | |
| Ashton Gio | Elsevier | Critical Care Nursing Sixth Edition TEST BANK | TX0007897148 | 1 | $150,000 | | | | | |
| Ashton Gio | Elsevier/Elsevier B.V. | Maternal Child Nursing Care Fifth Edition TEST BANK. | TX0007895540 | | | Elsevier | 4,181,271 | 1 | $1,000,000 | |
| Ashton Gio | Elsevier | Oral Pathology for the Dental Hygienist Sixth Edition TEST BANK. | TX0007880276 | 1 | $150,000 | | | | | |
| Ashton Gio | Elsevier | Pharmacology for Nursing Care Eighth Edition TEST BANK. | TX0007880357 | 1 | $150,000 | | | | | |
| Ashton Gio | Elsevier | Physical Examination and Health Assessment Sixth Edition TEST BANK. | TX0007880344 | 1 | $150,000 | | | | | |
| Ashton Gio | Elsevier | Professional Nursing, Seventh Edition TEST BANK. | TX0007880073 | 1 | $150,000 | | | | | |
| Ashton Gio | Elsevier | Understanding Pathophysiology Fourth Edition TEST BANK. | TX0007880221 | 1 | $150,000 | | | | | |
| Ashton Gio | Macmillan Learning | Theories of Developmental Psychology, Sixth Edition. | TX0008338469 | 1 | $150,000 | | | | | |
| Ashton Gio | McGraw Hill | Testbank to accompany Anatomy & Physiology: The Unity of Form and Function 9th Edition. | TX0008923136 | 1 | $150,000 | | | | | |
| Ashton Gio | McGraw Hill | Testbank to accompany Talaro's Foundations in Microbiology, Eleventh Edition. | TX0008922848 | 1 | $150,000 | | | | | |
| Ashton Gio | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX0008183299 | 1 | $150,000 | | | | | |
| Ashton Gio | Pearson | Chemistry: The Central Science 12/E Test Bank | TX0008149139 | 1 | $150,000 | | | | | |
| Ashton Gio | Pearson | Elementary Statistics: Picturing the World, 6/E Test Bank | TX0008333106 | 1 | $150,000 | | | | | |
| **TOTAL for Ashton Gio** | | | | 14 | $2,100,000 | | | 1 | $1,000,000 | $3,100,000 |
| El Mostafa El Bouchini-Idrissi | McGraw Hill | Testbank to accompany Anatomy and Physiology 9e | TX0008923136 | 1 | $150,000 | | | | | |
| **TOTAL for El Mostafa El Bouchini-Idrissi** | | | | 1 | $150,000 | | | 0 | $0 | $150,000 |
| Mariam J.R. Alghoul | Macmillan Learning | Pierce Genetics A Conceptual Approach 7E Downloadable Test Bank | TX0008890461 | 1 | $150,000 | | | | | |
| Mariam J.R. Alghoul | McGraw Hill | Testbank to accompany Hole's Human Anatomy & Physiology, 16e | TX0008959646 | 1 | $150,000 | | | | | |
| Mariam J.R. Alghoul | Pearson | Test Bank for Managerial Accounting, 6th Edition | TX0008948697 | 1 | $150,000 | | | | | |
| **TOTAL for Mariam J.R. Alghoul** | | | | 3 | $450,000 | | | 0 | $0 | $450,000 |
| Marwan H. A. Abu Zaid | Elsevier | Maternal Child Nursing Care 5E Test Bank | TX0007895540 | 1 | $150,000 | | | | | |
| Marwan H. A. Abu Zaid | Elsevier/Elsevier B.V. | The Practice of Nursing Research, 8th Ed | | | | Elsevier | 4,181,271 | 1 | $1,000,000 | |
| **TOTAL for Marwan H. A. Abu Zaid** | | | | 1 | $150,000 | | | 1 | $1,000,000 | $1,150,000 |
| Milad Shayan | Cengage | Cengage Testing, powered by Cognero* for Hurley/Watson's A Concise Introduction to Logic | TX0008350152 | 1 | $150,000 | | | | | |
| **TOTAL for Milad Shayan** | | | | 1 | $150,000 | | | 0 | $0 | $150,000 |
| Ming Zang Chen | Cengage | Cengage Testing, powered by Cognero* for Madura's International Financial Management | TX0008862772 | 1 | $150,000 | | | | | |
| **TOTAL for Ming Zang Chen** | | | | 1 | $150,000 | | | 0 | $0 | $150,000 |
| Omar Ayyadi | Elsevier | Clinical Nursing Skills & Techniques 8E Test Bank | TX0007895551 | 1 | $150,000 | | | | | |
| Omar Ayyadi | Pearson | Chemistry: A Molecular Approach TestGen Test Bank, 4/E | TX0008243922 | 1 | $150,000 | | | | | |
| **TOTAL for Omar Ayyadi** | | | | 2 | $300,000 | | | 0 | $0 | $300,000 |
| Truong Thi Huong | Cengage | Cengage Testing, powered by Cognero for Green's 3-2-1 Code It!, 8e. | TX0008859254 | 1 | $150,000 | | | | | |

McGraw Hill LLC et al. v. Nazaryan et al.
23-cv-2798-LLS (S.D.N.Y.)

Page 3 of 4

Appendix B

| Defendant/Group | Plaintiff | Title | Infringed Work Copyright Registration Number | No. of Copyrighted Works Infringed | Copyright Damages | Trademarks Infringed | Trademark Registrations | No. of Trademarks Infringed | Trademark Damages | Total Damages for Defendant or Group |
|---|---|---|---|---|---|---|---|---|---|---|
| Truong Thi Huong | McGraw Hill | Testbank to accompany: Microbiology Systems Approach, 6th Edition | TX0008921347 | | | Mc Graw Hill | 4,664,267 | 1 | $1,000,000 | |
| TOTAL for Truong Thi Huong | | | | 1 | $150,000 | | | 1 | $1,000,000 | $1,150,000 |
| Zafar Iqbal Khan Muhammad | Pearson | Campbell Biology, 10/E TestGen Test Bank | TX0008183299 | 1 | $150,000 | | | | | |
| TOTAL for Zafar Iqbal Khan Muhammad | | | | 1 | $150,000 | | | 0 | $0 | $150,000 |
| TOTAL | | | | 69 | $10,350,000 | | | 28 | $28,000,000 | $38,350,000 |

McGraw Hill LLC et al. v. Nazaryan et al.
23-cv-2798-LLS (S.D.N.Y.)

Page 4 of 4

## Appendix C

| Defendant/Defendant Group | Financial Institutions | Redacted Account Number |
|---|---|---|
| Zafar Iqbal Khan Muhammad | Abu Dhabi Commercial Bank PJSC | 0001 |
| Group 1 | Arab bank | 4232 |
| Truong Thi Huong | Asia Commercial Joint Stock Bank | 7530 |
| Group 6 | Bank For Foreign Trade Of Vietnam | 1930 |
| Group 1 | Bank Hapoalim B.M | 5458 |
| Ashton Gio | Bank of America | 9195 |
| Group 3 | Bank of America | 6240 |
| Omar Ayyadi | Bank of America | 0738 |
| Group 1 | Bank Of Palestine | 0384 |
| Mariam J.R. Alghoul | Bank Of Palestine | 8128 |
| Group 2 | Banking Circle S.A. | 4430 |
| Group 4 | BPM | 8507 |
| Zafar Iqbal Khan Muhammad | Charles Schwab Bank | 6692 |
| Group 2 | Citibank Europe PLC | 9577 |
| Ashton Gio | Citibank NA | 0207 |
| Group 5 | Citibank NA | 0056 |
| Eeman Maryam | Community Federal Savings Bank | 4962 |
| Group 1 | Community Federal Savings Bank | 7504 |
| Group 1 | Community Federal Savings Bank | 1316 |
| Group 1 | Community Federal Savings Bank | 1522 |
| Group 1 | Community Federal Savings Bank | 8676 |
| Group 1 | Community Federal Savings Bank | 6258 |
| Group 1 | Community Federal Savings Bank | 8087 |
| Group 7 | Community Federal Savings Bank | 0278 |
| El Mostafa El Bouchini-Idrissi | Evolve Bank & Trust | 4740 |
| El Mostafa El Bouchini-Idrissi | Evolve Bank & Trust | 4749 |
| El Mostafa El Bouchini-Idrissi | Evolve Bank & Trust | 0771 |
| Mariam J.R. Alghoul | Evolve Bank & Trust | 1820 |
| Mariam J.R. Alghoul | Evolve Bank & Trust | 1822 |
| Omar Ayyadi | Evolve Bank & Trust | 5480 |
| Omar Ayyadi | Evolve Bank & Trust | 5484 |
| Omar Ayyadi | Evolve Bank & Trust | 5211 |
| Alecia Trammer | First Century Bank Payoneer | 5591 |
| Group 1 | First Century Bank Payoneer | 4345 |
| Group 3 | First Century Bank Payoneer | 7558 |
| Group 3 | First Century Bank Payoneer | 4263 |
| Zafar Iqbal Khan Muhammad | Green Dot Corporation | 5669 |
| Zafar Iqbal Khan Muhammad | Green Dot Corporation | 6085 |
| Zafar Iqbal Khan Muhammad | Green Dot Corporation | 2803 |
| Zafar Iqbal Khan Muhammad | Green Dot Corporation | 0958 |
| Zafar Iqbal Khan Muhammad | Green Dot Corporation | 8531 |
| Group 4 | HDFC BANK | 5433 |
| Group 1 | Israel Postal Bank | 7986 |
| Anthony Danisan | JPMorgan Chase | 8025 |
| Anthony Danisan | JPMorgan Chase | 8739 |

Appendix C

| Defendant/Defendant Group | Financial Institutions | Redacted Account Number |
|---|---|---|
| Anthony Danisan | JPMorgan Chase | 9881 |
| Anthony Danisan | JPMorgan Chase | 881 |
| Ashton Gio | JPMorgan Chase | 3599 |
| Ming Zang Chen | JPMorgan Chase | 4641 |
| Zafar Iqbal Khan Muhammad | JPMorgan Chase | 6228 |
| Zafar Iqbal Khan Muhammad | MashreqBank PSC | 2063 |
| El Mostafa El Bouchini-Idrissi | Meta Bank, NA | 6743 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 423 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 8593 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 9685 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 9019 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 1426 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 2029 |
| Zafar Iqbal Khan Muhammad | Meta Bank, NA | 2679 |
| Alecia Trammer | Metropolitan Bank | 8559 |
| Alecia Trammer | Payoneer | 3849 |
| Anthony Danisan | Payoneer | 6769 |
| Anthony Danisan | Payoneer | 9650 |
| El Mostafa El Bouchini-Idrissi | Payoneer | 5614 |
| El Mostafa El Bouchini-Idrissi | Payoneer | 1824 |
| El Mostafa El Bouchini-Idrissi | Payoneer | 5998 |
| El Mostafa El Bouchini-Idrissi | Payoneer | 9032 |
| El Mostafa El Bouchini-Idrissi | Payoneer | 8544 |
| El Mostafa El Bouchini-Idrissi | Payoneer | 5143 |
| El Mostafa El Bouchini-Idrissi | Payoneer | 5603 |
| Group 1 | Payoneer | 7705 |
| Group 1 | Payoneer | 8303 |
| Group 1 | Payoneer | 8029 |
| Group 1 | Payoneer | 1342 |
| Group 1 | Payoneer | 4083 |
| Group 1 | Payoneer | 8826 |
| Group 1 | Payoneer | 5794 |
| Group 1 | Payoneer | 0325 |
| Group 1 | Payoneer | 1711 |
| Group 1 | Payoneer | 1838 |
| Group 1 | Payoneer | 5673 |
| Group 1 | Payoneer | 4876 |
| Group 1 | Payoneer | 7938 |
| Group 2 | Payoneer | 9484 |
| Group 2 | Payoneer | 8900 |
| Group 2 | Payoneer | 7653 |
| Group 2 | Payoneer | 7761 |
| Group 2 | Payoneer | 2375 |
| Group 2 | Payoneer | 8944 |
| Group 3 | Payoneer | 5202 |

# Appendix C

| Defendant/Defendant Group | Financial Institutions | Redacted Account Number |
|---|---|---|
| Group 4 | Payoneer | 5074 |
| Group 4 | Payoneer | 4082 |